FILED

2012 MAR 15 PM 3:38

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BIG VOICES MEDIA, LLC,
a Florida limited liability company,

    Plaintiff,

v.

                                                Case No.: 3:12-cv-242-J-20JBT

TED WENDLER, et al.,

    Defendants.
_____/

## ORDER

I hereby recuse myself from this matter because of personal reasons, and direct the Clerk to reassign this case in accordance with standard assignment procedures.

**DONE AND ENTERED** in Jacksonville, Florida, this 15 day of March, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Jeffrey W. Gibson, Esq.
Tiffiny Douglas Safi, Esq.