# Exhibit R

VITAL VISION INFORMATION TECHNOLOGY, LLC
125 SW Midtown Place, Suite 105
Lake City, FL 32025

# INVOICE

To: Big Voices Media, LLC
8493 Baymeadows Way
Jacksonville, FL 32256

*Paid
10-24-11
Ck# 1035*

| Item | Amount | Date | Credit | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
| October System | $2390 | 10/1/2011 |  | $2390 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

BIG000083

VITAL VISION INFORMATION TECHNOLOGY, LLC
125 SW Midtown Place, Suite 105
Lake City, FL 32025

# INVOICE # 1049
11/3/11

To: Big Voices Media, LLC
8493 Baymeadows Way
Jacksonville, FL 32256

| Item | Amount | Date | Credit | Balance |
|---|---|---|---|---|
| Set-Up Fee | $8,000 | 11/6/2011 | | $8,000 |
| November System | $2,390 | 11/1/2011 | | 10,390 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BIG000084



 PAID
CK # 10051 12-19-11

# INVOICE

Invoice #  BVM2011-06
Date       12/12/11

| | | |
|---|---|---|
| 100259 | December - Monthly Fee | $2,390.00 |
| 900458 | Media Center Implementation | $2,000.00 |
| 3059 | Rudy Pachas - Video | $130.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total** | $4,520.00 |

# Thank You

BIG000085




PAID 1-13-12
CK# 10211

# INVOICE

Invoice #  BVM2012-01
Date  1/12/2012

| | | |
|---|---|---|
| 100260 | January - Subscription Fee | $2,390.00 |
| 120011 | B!G Club Memberships | $1,051.60 |
| | 8 names | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total | $3,441.60 |

*Thank You*

BIG000086

| | DUE DATE |
|---|---|
| | 8/1/12 |

| | LINE TOTAL |
|---|---|
| $ | 4,795.00 |
| | 1,445.00 |
| | 100.00 |
| | 33.95 |
| | 98.35 |

*[handwritten: VVIT / Pd. Ck#1216 / 7/31/12]*

| | |
|---|---|
| $ | 6,472.30 |
| $ | 6,472.30 |

BIG000087