# Exhibit T

# Pay Online @ www.PAYELYK.com



Elyk Innovation Inc  
PO Box 54628  
Jacksonville, FL 32245-4628  

(904)998-1935  
inquiry@elykinnovations.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 10/03/2011 | 10975 |
| **TERMS** | **DUE DATE** |
| Due on receipt | 10/03/2011 |

**BILL TO**

Big Voices Media  
8375 Bascom Rd  
Jacksonville, FL 32216

*Paid 10·10-11 ck # 1018*

| AMOUNT DUE | ENCLOSED |
|---|---|
| $114.00 | |

✂ Please detach top portion and return with your payment ✂

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Website Hosting for website hosting from August 19, 2011 until November 18 2011 | 3 | 35.00 | 105.00 |
| • rackspace email upgrade ( 3 mailboxes ) | 3 | 3.00 | 9.00 |

*Oct 2011*

Please note that we invoice hosting fees 30 days prior to the current hosting periods expiration. Payments must be received before the period expires to avoid interruption of service.

| | TOTAL | $114.00 |
|---|---|---|

BIG000133