# Exhibit U

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Email hosting for the period of November 19th, 2011 until February 18th, 2012 | 3 | 10.00 | 30.00 |
| | | TOTAL | $30.00 |

Paid
11-11-11
Ck # 1059

Please note that we invoice hosting fees 30 days prior to the current hosting periods expiration. Payments must be received before the period expires to avoid interruption of service.

BIG000169