# Exhibit Z

# comcast.

Paid $188.10 9/27/11

Contact us: @ www.comcast.com  1-800-391-3000

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 09/09/11 |
| Total Amount Due | $188.79 |
| Payment Due By | 09/29/11 |
| | Page 1 of 2 |

**Big Voices Media**

For service at:
8493 BAYMEADOWS WAY STE 9
JACKSONVILLE FL 32256-1248

ck # 1010

## News from Comcast

Get your cable questions answered quickly over the Internet. Go to www.comcast.com, choose Support & Service under the Comcast logo, click on Contact Support, and follow the link titled E-mail Us. Within 24 hours, you will receive a reply to your question.

Thank you for being a Comcast customer.


Thol
X= 1277280



### Monthly Statement Summary

| Previous Balance | 0.00 |
|---|---|
| Payment | 0.00 |
| New Charges - *see below* | 188.79 |
| **Total Amount Due** | **$188.79** |
| Payment Due By | 09/29/11 |

### New Charges Summary

| Comcast Cable Television | 4.95 |
|---|---|
| Comcast High-Speed Internet | 59.95 |
| Comcast Digital Voice | 59.18 |
| Other Charges & Credits | 49.90 |
| Taxes, Surcharges & Fees | 14.81 |
| **Total New Charges** | **$188.79** |

**Thank you for being a valued Comcast customer!**

Nov sup $143.31
due 9/26



BIG000127

# comcast.

**Service Details**

Contact us: @ www.comcast.com 📞 1-800-391-3000

9/15  143.31
      9/26

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 09/09/11 |
| Total Amount Due | $188.79 |
| Payment Due By | 09/29/11 |
| | Page 2 of 2 |

BIG000128

##  Comcast Cable Television

| Business Class TV | 09/09 - 10/08 | 4.95 |
|---|---|---|
| **Total Comcast Cable Television** | | **$4.95** |

## Comcast High-Speed Internet

| Business Class Internet | 09/09 - 10/08 | 59.95 |
|---|---|---|
| **Total Comcast High-Speed Internet** | | **$59.95** |

## Comcast Digital Voice

For Telephone Number(s): (904)683-8893, (904)683-8053

| Busclass Voice | 09/09 - 10/08 | 24.95 |
|---|---|---|

Digital Voice Includes All The Popular Calling Features And Enhanced Voice Mail

| Busclass Add'l Line | 09/09 - 10/08 | 24.95 |
|---|---|---|
| Equipment Fee | 09/09 - 10/08 | 5.00 |
| Univ. Connectivity Chg. - Recurring | | 1.51 |
| Regulatory Recovery Fees - Recurring | | 2.77 |

The Regulatory Recovery Fee is not a tax or government mandated charge. It defrays regulatory costs such as state universal services, relay services, and state/local utility fees.

View Voice Detail at www.comcast.com/viewbill

| **Total Comcast Digital Voice** | **$59.18** |
|---|---|

## Other Charges & Credits

| Commercial Install | 09/09 | 0.00 |
|---|---|---|
| Comcast Workplace | 09/09 | 24.95 |
| Digital Voice Activation Charge | | |
| Comcast Workplace | 09/09 | 24.95 |
| Digital Voice Activation Charge | | |
| **Total Other Charges & Credits** | | **$49.90** |

## Taxes, Surcharges & Fees

Cable Television

| State Communications Service Tax | 0.45 |
|---|---|
| Local Communications Service Tax | 0.29 |
| Federal Communications Commission Fee | 0.08 |

Digital Voice

| State Sales Tax | 0.30 |
|---|---|
| County Sales Tax | 0.05 |
| Local Communications Services Tax | 5.90 |
| FL Communications Services Tax | 6.74 |
| 911 Fee(s) | 1.00 |
| **Total Taxes, Surcharges & Fees** | **$14.81** |



# (comcast.

| | |
|---|---|
| Account Number | 8495 74 121 1380088 |
| Billing Date | 10/01/11  pd 9-26-11 C |
| Unpaid Balance | $188.79  Due Now |
| New Charges | $178.65 - Due 10/21/11 |
| Total Amount Due | $367.44 |
| | Page 1 of 4 |

Contact us:  www.comcast.com  📞 1-800-391-3000

**Big Voices Media**

For service at:
8493 BAYMEADOWS WAY STE 9
JACKSONVILLE FL 32256-1248

*Paid 10/17/11*
*CK # 1032*

## News from Comcast

Have you forgotten to pay your bill? Our records indicate we have not received your last month's full payment. A service interruption has been scheduled to occur unless your payment is received. If your records differ from ours please let us know.

The FCC modifies the rate that voice providers pay into the USF on a quarterly basis. USF is assessed on applicable voice services as the Univ Conn Chg at the FCC's approved rate. See: http://www.fcc.gov/omd/contribution-factor.html A new rate becomes effective 10/01/2011.

Get your cable questions answered quickly over the Internet. Go to www.comcast.com, choose Support & Service under the Comcast logo, click on Contact Support, and follow the link titled E-mail Us. Within 24 hours, you will receive a reply to your question.

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 188.79 |
| Payment | 0.00 |
| **Unpaid Balance - Due Now** | **188.79** |
| New Charges - Due by 10/21/11 | 178.65 |
| See below for more information | |
| **Total Amount Due** | **$367.44** |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 89.80 |
| Comcast High-Speed Internet | 59.95 |
| Comcast Digital Voice | 54.50 |
| Partial Month Charges & Credits | 68.87 |
| *Changes were made to your account this month. See the following pages for more details.* | |
| Other Charges & Credits | -108.60 |
| Taxes, Surcharges & Fees | 14.13 |
| **Total New Charges** | **$178.65** |

*Thank you for being a valued Comcast customer!*



BIG000139


# comcast.

Service Details

Contact us: @ www.comcast.com  1-800-391-3000

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 10/01/11 |
| Unpaid Balance | $188.79 - Due Now |
| New Charges | $178.65 - Due 10/21/11 |
| Total Amount Due | $367.44 |
| | Page 2 of 4 |



| | | |
|---|---|---|
| Digital Transport | 10/09 - 11/08 | 9.95 |
| Busclass Basic Video | 10/09 - 11/08 | 4.95 |
| Busclass TV Add'l Outlet | 10/09 - 11/08 | 19.90 |
| Qty 2 @ $9.95 each | | |
| Busclass Dig Standard | 10/09 - 11/08 | 55.00 |
| **Total Comcast Cable Television** | | **$89.80** |



| | | |
|---|---|---|
| Business Class Internet | 10/09 - 11/08 | 59.95 |
| **Total Comcast High-Speed Internet** | | **$59.95** |



For Telephone Number(s): (904)683-8893, (904)683-8053

| | | |
|---|---|---|
| Busclass Voice | 10/09 - 11/08 | 24.95 |
| Digital Voice Includes All The Popular Calling Features And Enhanced Voice Mail | | |
| Busclass Add'l Line | 10/09 - 11/08 | 24.95 |
| Equipment Fee | 10/09 - 11/08 | 5.00 |
| Univ. Connectivity Chg. - Recurring | | -0.18 |
| Regulatory Recovery Fees - Recurring | | -0.22 |

The Regulatory Recovery Fee is not a tax or government mandated charge. It defrays regulatory costs such as state universal services, relay services, and state/local utility fees.



View Voice Detail at www.comcast.com/viewbill

| | |
|---|---|
| **Total Comcast Digital Voice** | **$54.50** |



Because we had already billed you when the latest changes were made to your account, we have adjusted this bill. Listed in this section are credits and/or charges for these changes.

Effective 09/14/11, Digital Transport at a monthly rate of $9.95 and Busclass TV Add'l Outlet at a monthly rate of $9.95 were added to your account.

Effective 09/15/11, Business Class TV at a monthly rate of $4.95 was removed from your account. Busclass Basic Video at a monthly rate of $4.95 and Busclass Dig Standard at a monthly rate of $55.00 were added to your account.

**Adjustments for services added 09/14/11**

| | | |
|---|---|---|
| Digital Transport | 09/14 - 10/08 | 8.29 |
| 25 days @ $0.3316/day based on a monthly rate $9.95 | | |
| Busclass TV Add'l Outlet | 09/14 - 10/08 | 16.58 |
| 25 days @ $0.3316/day based on a monthly rate $9.95 | | |

**Adjustments for services removed 09/15/11**

| | | |
|---|---|---|
| Business Class TV | 09/15 - 10/08 | -3.96 |







BIG000140



## Service Details, cont.

Contact us:  www.comcast.com  1-800-391-3000

| | |
|---|---|
| Account Number | 8495 74 121 1380088 |
| Billing Date | 10/01/11 |
| Unpaid Balance | $188.79 - Due Now |
| New Charges | $178.65 - Due 10/21/11 |
| Total Amount Due | $367.44 |
| | Page 3 of 4 |



   24 days @ $0.1650/day based on a monthly rate $4.95

**Adjustments for services added 09/15/11**

| | | |
|---|---|---|
| Busclass Basic Video | 09/15 - 10/08 | 3.96 |

   24 days @ $0.1650/day based on a monthly rate $4.95

| | | |
|---|---|---|
| Busclass Dig Standard | 09/15 - 10/08 | 44.00 |

   24 days @ $1.8333/day based on a monthly rate $55.00

| | |
|---|---|
| **Total Partial Month Charges & Credits** | **$68.87** |



| | | |
|---|---|---|
| Busclass Add'l Line - Adjustment | 09/26 | -29.31 |
| Busclass Add'l Line - Adjustment | 09/26 | -29.29 |
| Busclass Dig Standard - Adjustment | 09/26 | -50.00 |
| **Total Other Charges & Credits** | | **-$108.60** |

### Cable Television

| | |
|---|---|
| Sales Tax | 1.28 |
| State Communications Service Tax | 8.28 |
| Local Communications Service Tax | 5.26 |
| Federal Communications Commission Fee | 0.07 |

### Digital Voice

| | |
|---|---|
| State Sales Tax | 0.30 |
| County Sales Tax | 0.05 |
| Local Communications Services Tax | -0.51 |
| FL Communications Services Tax | -0.60 |
| **Total Taxes, Surcharges & Fees** | **$14.13** |

BIG000141



Account Number    8495 74 121 1380088
Billing Date    10/01/11
**Unpaid Balance**    **$188.79 - Due Now**
New Charges    $178.65 - Due 10/21/11
Total Amount Due    $367.44
Page 4 of 4





Account Number

BIG000142

# (comcast.

Contact us:  www.comcast.com  1-800-391-3000

**Big Voices Media**

For service at:
8493 BAYMEADOWS WAY STE 9
JACKSONVILLE FL 32256-1248

## News from Comcast

Get your cable questions answered quickly over the Internet. Go to www.comcast.com, choose Support & Service under the Comcast logo, click on Contact Support, and follow the link titled E-mail Us. Within 24 hours, you will receive a reply to your question.

Thank you for being a Comcast customer.

| | |
|---|---|
| Account Number | 8495 74 121 1380088 |
| Billing Date | 11/01/11 |
| Total Amount Due | $228.97 |
| Payment Due By | 11/21/11 |
| | Page 1 of 4 |

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 367.44 |
| Total Payments | -366.75 |
| New Charges - *see below* | 228.28 |
| **Total Amount Due** | **$228.97** |
| Payment Due By | 11/21/11 |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 89.80 |
| Comcast High-Speed Internet | 59.95 |
| Comcast Digital Voice | 58.02 |
| Taxes, Surcharges & Fees | 20.51 |
| **Total New Charges** | **$228.28** |



**Thank you for being a valued Comcast customer!**

BIG000182

# (comcast.

## Service Details

Contact us: @ www.comcast.com  1-800-391-3000

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 11/01/11 |
| Total Amount Due | $228.97 |
| Payment Due By | 11/21/11 |
|  | Page 2 of 4 |

### Payments

| Payment - 10/05/11 - Thank You | -188.10 |
|---|---|
| Payment - 10/22/11 - Thank You | -178.65 |
| **Total Payments** | **-$366.75** |

### Comcast Cable Television

| Digital Transport | 11/09 - 12/08 | 9.95 |
|---|---|---|
| Busclass Basic Video | 11/09 - 12/08 | 4.95 |
| Busclass TV Add'l Outlet | 11/09 - 12/08 | 19.90 |
| Qty 2 @ $9.95 each | | |
| Busclass Dig Standard | 11/09 - 12/08 | 55.00 |
| **Total Comcast Cable Television** | | **$89.80** |

### Comcast High-Speed Internet

| Business Class Internet | 11/09 - 12/08 | 59.95 |
|---|---|---|
| **Total Comcast High-Speed Internet** | | **$59.95** |

### Comcast Digital Voice

For Telephone Number(s): (904)683-8893, (904)683-8053

| Busclass Voice | 11/09 - 12/08 | 24.95 |
|---|---|---|
| Digital Voice Includes All The Popular Calling Features And Enhanced Voice Mail | | |
| Busclass Add'l Line | 11/09 - 12/08 | 24.95 |
| Equipment Fee | 11/09 - 12/08 | 5.00 |

### Comcast Digital Voice Con't

| Regulatory Recovery Fees - Recurring | 1.52 |
|---|---|

The Regulatory Recovery Fee is not a tax or government mandated charge. It defrays regulatory costs such as state universal services, relay services, and state/local utility fees.

**View Voice Detail at www.comcast.com/viewbill**

| **Total Comcast Digital Voice** | **$58.02** |
|---|---|

### Taxes, Surcharges & Fees

Cable Television
| Sales Tax | 0.70 |
|---|---|
| State Communications Service Tax | 7.32 |
| Local Communications Service Tax | 4.65 |
| Federal Communications Commission Fee | 0.07 |

Digital Voice
| State Sales Tax | 0.30 |
|---|---|
| County Sales Tax | 0.05 |
| Local Communications Services Tax | 3.00 |
| FL Communications Services Tax | 3.42 |
| 911 Fee(s) | 1.00 |
| **Total Taxes, Surcharges & Fees** | **$20.51** |

BIG000183





12-12-11
CK # 1100

Contact us: @ www.comcast.com  1-800-391-3000

**Big Voices Media**

For service at:
8493 BAYMEADOWS WAY STE 9
JACKSONVILLE FL 32256-1248

## News from Comcast

Need warranty protection for your new and old toys?
Check out XFINITY Signature Support for affordable expanded
warranty protection for your computers and flat-panel TVs
under one simple plan. Call 877-550-1135 or
signaturesupport.xfinity.com/toys to learn more.

Get your cable questions answered quickly over the Internet.
Go to www.comcast.com, choose Support & Service under the
Comcast logo, click on Contact Support, and follow the link
titled E-mail Us. Within 24 hours, you will receive a reply
to your question.

Thank you for being a Comcast customer.

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 12/01/11 |
| Total Amount Due | $228.28 |
| Payment Due By | 12/21/11 |
| | Page 1 of 2 |

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 228.97 |
| Payment - 11/25/11 - Thank You | -228.97 |
| New Charges - *see below* | 228.28 |
| **Total Amount Due** | **$228.28** |
| Payment Due By | 12/21/11 |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 89.80 |
| Comcast High-Speed Internet | 59.95 |
| Comcast Digital Voice | 58.02 |
| Taxes, Surcharges & Fees | 20.51 |
| **Total New Charges** | **$228.28** |



Thank you for being a valued Comcast customer!



BIG000208


# comcast.

## Service Details

Contact us: @ www.comcast.com  ☎ 1-800-391-3000

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 12/01/11 |
| Total Amount Due | $228.28 |
| Payment Due By | 12/21/11 |
| | Page 2 of 2 |

BIG000209

### Comcast Cable Television

| | | |
|---|---|---|
| Digital Transport | 12/09 - 01/08 | 9.95 |
| Busclass Basic Video | 12/09 - 01/08 | 4.95 |
| Busclass TV Add'l Outlet | 12/09 - 01/08 | 19.90 |
| Qty 2 @ $9.95 each | | |
| Busclass Dig Standard | 12/09 - 01/08 | 55.00 |
| **Total Comcast Cable Television** | | **$89.80** |

### Comcast High-Speed Internet

| | | |
|---|---|---|
| Business Class Internet | 12/09 - 01/08 | 59.95 |
| **Total Comcast High-Speed Internet** | | **$59.95** |

### Comcast Digital Voice

For Telephone Number(s): (904)683-8893, (904)683-8053

| | | |
|---|---|---|
| Busclass Voice | 12/09 - 01/08 | 24.95 |
| Digital Voice Includes All The Popular Calling Features And Enhanced Voice Mail | | |
| Busclass Add'l Line | 12/09 - 01/08 | 24.95 |
| Equipment Fee | 12/09 - 01/08 | 5.00 |
| Univ. Connectivity Chg. - Recurring | | 1.60 |
| Regulatory Recovery Fees - Recurring | | 1.52 |

The Regulatory Recovery Fee is not a tax or government mandated charge. It defrays regulatory costs such as state universal services, relay services, and state/local utility fees.

### Comcast Digital Voice, cont.

View Voice Detail at www.comcast.com/viewbill

**Total Comcast Digital Voice**     **$58.02**

### Taxes, Surcharges & Fees

**Cable Television**

| | |
|---|---|
| Sales Tax | 0.70 |
| State Communications Service Tax | 7.32 |
| Local Communications Service Tax | 4.65 |
| Federal Communications Commission Fee | 0.07 |

**Digital Voice**

| | |
|---|---|
| State Sales Tax | 0.30 |
| County Sales Tax | 0.05 |
| Local Communications Services Tax | 3.00 |
| FL Communications Services Tax | 3.42 |
| 911 Fee(s) | 1.00 |
| **Total Taxes, Surcharges & Fees** | **$20.51** |

### Important Account Information

Effective starting December 7th, 2011, the price for Business Class Internet and Business Class Voice equipment will increase to $7.00 per month. For additional information please go to business.comcast.com/eq

#  comcast.

## Service Details

PAID
1/13/12 CK# 1020

Contact us: @ www.comcast.com  1-800-391-3000

| Account Number | 8495 74 121 1380088 |
|---|---|
| Billing Date | 01/01/12 |
| Total Amount Due | $230.71 |
| Payment Due By | 01/21/12 |
| | Page 2 of 2 |

BIG000226

### Comcast Cable Television

| Digital Transport | 01/09 - 02/08 | 9.95 |
|---|---|---|
| Busclass Basic Video | 01/09 - 02/08 | 4.95 |
| Busclass TV Add'l Outlet | 01/09 - 02/08 | 19.90 |
| Qty 2 @ $9.95 each | | |
| Busclass Dig Standard | 01/09 - 02/08 | 55.00 |
| **Total Comcast Cable Television** | | **$89.80** |

### Comcast High-Speed Internet

| Business Class Internet | 01/09 - 02/08 | 59.95 |
|---|---|---|
| **Total Comcast High-Speed Internet** | | **$59.95** |

### Comcast Digital Voice

For Telephone Number(s): (904)683-8893, (904)683-8053

| Busclass Voice | 01/09 - 02/08 | 24.95 |
|---|---|---|
| Digital Voice Includes All The Popular Calling Features And Enhanced Voice Mail | | |
| Busclass Add'l Line | 01/09 - 02/08 | 24.95 |
| Equipment Fee | 01/09 - 02/08 | 0.00 |
| Equipment Fee | 01/09 - 02/08 | 7.00 |
| Univ. Connectivity Chg. - Recurring | | 1.86 |
| Regulatory Recovery Fees - Recurring | | 0.22 |

The Regulatory Recovery Fee is not a tax or government mandated charge. It defrays regulatory costs such as state universal services, relay services, and state/local utility fees.

### Comcast Digital Voice cont.

View Voice Detail at www.comcast.com/viewbill

| **Total Comcast Digital Voice** | **$58.98** |
|---|---|

### Taxes, Surcharges & Fees

**Cable Television**

| Sales Tax | 0.70 |
|---|---|
| State Communications Service Tax | 7.32 |
| Local Communications Service Tax | 4.65 |
| Federal Communications Commission Fee | 0.07 |

**Digital Voice**

| State Sales Tax | 0.42 |
|---|---|
| County Sales Tax | 0.07 |
| FL Communications Services Tax | 1.30 |
| Local Communications Services Tax | 3.01 |
| FL Communications Services Tax | 3.44 |
| 911 Fee(s) | 1.00 |
| **Total Taxes, Surcharges & Fees** | **$21.98** |

**Important Account Information**

Effective starting December 7th, 2011, the price for Business Class Internet and Business Class Voice equipment will increase to $7.00 per month. For additional information please go to business.comcast.com/eq




# (comcast.

Contact us:  www.comcast.com  📞 1-800-391-3000

**Big Voices Media**

For service at:
8493 BAYMEADOWS WAY STE 9
JACKSONVILLE FL 32256-1248

## News from Comcast

The FCC modifies the rate that voice providers pay into the USF on a quarterly basis. USF is assessed on applicable voice services as the Univ Conn Chg at the FCC's approved rate. See: http://www.fcc.gov/omd/contribution-factor.html
A new rate becomes effective 01/01/2012.

Comcast will begin charging customers for service calls that are not related to Comcast equipment and/or cabling. Additional information about chargeable service calls is available at business.comcast.com/sc.

Get your cable questions answered quickly over the Internet. Go to www.comcast.com, choose Support & Service under the Comcast logo, click on Contact Support, and follow the link titled E-mail Us. Within 24 hours, you will receive a reply to your question.

| | |
|---|---|
| Account Number | 8495 74 121 1380088 |
| Billing Date | 01/01/12 |
| Total Amount Due | $230.71 |
| Payment Due By | 01/21/12 |
| | Page 1 of 2 |

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 228.28 |
| Payment - 12/27/11 - Thank You | -228.28 |
| New Charges - *see below* | 230.71 |
| **Total Amount Due** | **$230.71** |
| Payment Due By | 01/21/12 |

### New Charges Summary



| | |
|---|---|
| Comcast Cable Television | 89.80 |
| Comcast High-Speed Internet | 59.95 |
| Comcast Digital Voice | 58.98 |
| Taxes, Surcharges & Fees | 21.98 |
| **Total New Charges** | **$230.71** |

**Thank you for being a valued Comcast customer!**

BIG000227