# Exhibit AA

Century Type Print and Media  
9440 Phillips Highway, Ste. 6  
Jacksonville, FL 32256  
tel: 904-880-7812  
fax: 904-880-7815  

# Invoice

| Date | Invoice No. |
|---|---|
| 09/20/11 | 2019 |

**Bill To**

Big Voices Media  
Attn: Billie Tucker  
8493 Baymeadows Way  
Jacksonville, FL 32256



PAID  
# 1009

| P.O. No. | Rep | Ship Date | Project |
|---|---|---|---|
|  |  | 09/20/11 |  |

| Item | Description | Qty | Amount |
|---|---|---|---|
| 4c Printing X | Lindsey B.C.<br>Prints: 4/0-3.5x2 (w/bleed) 12pt. C1side Cover | 500 | 41.95T |
| 4c Printing X | Alan B.C.<br>Prints: 4/0-3.5x2 (w/bleed) 12pt. C1side Cover | 500 | 41.95T |
| 4c Printing X | Lynne B.C.<br>Prints: 4/0-3.5x2 (w/bleed) 12pt. C1side Cover | 500 | 41.95T |
| 4c Printing X | Billie B.C.<br>Prints: 4/0-3.5x2 (w/bleed) 12pt. C1side Cover | 500 | 41.95T |
| 4c Printing X | Postcards<br>Prints: 4/4-6x9 (w/bleed) 100# Gloss Cover | 1,000 | 175.00T |
|  | Sales Tax |  | 24.00 |

*September 2011*

Thank you for your business.

| Total | $366.80 |
|---|---|

BIG000129