# Exhibit BB

Century Type Print and Media  
9440 Phillips Highway, Ste. 6  
Jacksonville, FL 32256  
tel: 904-880-7812  
fax: 904-880-7815

# Invoice

| Date | Invoice No. |
|---|---|
| 10/13/11 | 2078 |

**Bill To**

Big Voices Media  
Attn: Billie Tucker  
8493 Baymeadows Way  
Jacksonville, FL 32256

| P.O. No. | Rep | Ship Date | Project |
|---|---|---|---|
|  |  | 10/13/11 |  |

| Item | Description | Qty | Amount |
|---|---|---|---|
| 4c Printing X | Badges<br>Prints: 4/0-2.75x3.5 w/bleed-80# Silk Cover<br>Variable Date | 150 | 60.00T |
| 4c Printing X | 13x19 Poster<br>Prints: 4/0-100# Gloss Cover-13x19 w/bleed | 1 | 2.00T |
|  | Sales Tax |  | 4.34 |

PAID  
CK # 1027

Thank you for your business.

| Total | $66.34 |
|---|---|

BIG000137