# Exhibit CC

*Pd Ck# 1043* ✓ —

**VE GARDEN 1272**
1C144 Phillips Hwy
Jacksorville, FL 32256-1328

****Take Out****

```
                              Check # :16401
Tom A
11:37:52 10/28/2011                   Gst 7
-------------------------------------------
            Guest No.1
1 _ Chicken Caesar Salad              9.95
1 _ Chicken Caesar Salad              9.95
1 _ Chicken Caesar Salad              9.95
1 _ Chicken Caesar Salad              9.95
1 _ Chicken Caesar Salad              9.95
1 _ Chicken Parmigiana                9.95
1 * Salad
1 _ Chicken Parmigiana                9.95
1 * Chicken & Gnocchi
-------------------------------------------
                  Subtotal           69.65
                  Sales Tax           4.88

11:37:53 10/28/2011
                  Please pay this amount
            Total    74.53

(4334)Visa                           74.53

       Amount Due      0.00
          Change       0.00

Take Out
Name: LIDSAY
```

THANKS FOR VISITING US TODAY!
GRACIAS POR VISITARNOS HOY!
Richard Campbell
GENERAL MANAGER
(904) 292-4845

An optional 18% gratuity will be added to parties of 8 or more.
Una propina opcional de 18% ser agregada para grupos de 8 o mas.

---

*Paid Ck# 1044* ✓

**OFFICE DEPOT STORE #135**
8653 BAYMEADOWS RD
JACKSONVILLE, FL 32256
(904) 733-0075

10/14/2011  11.3  10:48 AM
STR 135  REG2  TRN 567 EMP 074652

*Gaytor Paid*

SALE

| Product ID | Description | Total |
|---|---|---|
| 350875 | PN,PSH,STR,60PK,AS | 3.19 S |
| 999081 | Holder,BusCard,Clr | 1.39 S |
| 389292 | STAPLER, EVO COMPA | 8.99 S |
| 109303 | PPR RL,2.25X120,3P | 3.89 S |
| 343749 | BATTERY,AA,1.5V,4/ | 2.99 S |
|  | Regularly 4.29 |  |
| 394044 | NTBK,BUS,5.37x8,FL | 7.29 S |
| 128337 | CALC,EL-1750V | 23.99 S |

```
           Subtotal        51.73
Sales Tax                   3.63
              Total        55.36
Debit Card 1816            55.36
```

ERNEST CARROLL TILE @ MA 1196206567
Ready to get Rewarded faster?
To receive Rewards electronically
update your member profile online at
www.myworkliferewards.com

Shop online at www.officedepot.com


22TTU99PM53YBRR4M

---

**Ck# 1033**

Michael Corrigan, Tax Collector
Duval County/City of Jacksonville
Comments - taxcollector@coj.net
Inquiries - (904)630-1916
www.coj.net/tc
Date: 10/25/2011  Time: 10:19:40
Location: A10                Clerk: NJS
Transaction 0661320

License Payment
  Account 204423
  Year 2011
  Receipt 0661320.0001            110.00

Total Paid                        110.00

CHECK   001033                    110.00

Total Tendered                    110.00

Paid By: BIG VOICES MEDIA    BIG000131
Thank You

```
OFFICE DEPOT STORE #135
    8653 BAYMEADOWS RD
    JACKSONVILLE, FL 32256
        (904) 733-0075
10/03/2011    11 2A         1:22 PM
STR 135  REG1   TRN 9974 EMP 521440
----------------------------------------
SALE
Product ID     Description      Total
709143   ORG.DSK,MTL,WHITE      12.99 S
709134   CUP,PNCL,MTL,WHT        3.99 S
709179   CUBE,MEMO,MTL,WHT       3.99 S
203472   NOTE,PST-IT,SS,5PK      5.24 S
         Regularly  6.99
709107   TRAY,DOC,MTL,WHT       12.99 S
125505   PEN,SHARPIE,4PK,BL      6.99 S
286981   POST-IT,ARROW,80CT      2.99
         Regularly  4.29
973926   PEN,RT,MD,4PK,ASTD      6.99 S
749601   STPL,1/4",5000BX        3.49 S
346162   STPLR,NANO,MINI,AS      4.19 S
505536   CALC,PRNTNG,P1-DAV     16.49 S
869342   TRAY,UTLT,6CMP,BLK      2.59 S
672057   WRISTREST,GEL,BLU      13.49 S

           Subtotal             96.42
Sales Tax:                       6.75
           Total:              103.17
Debit Card 1816                103.17
******************************************
ERNEST CARROLL TILE @ MA 1196206567
Ready to get Rewarded faster?
To receive Rewards electronically
update your member profile online at
www.myworkliferewards.com

Shop online at www.officedepot.com
```



```
   OFFICE DEPOT# 24
    5914 Ramona Blvd.
   Jacksonville, FL 32205
10/27/2011    11.3        10:55 AM
STR 24   REG3   TRN 3106 EMP 585596
----------------------------------------
SALE
Product ID     Description      Total
416545   BATTERY,AA,10/PK       10.00 S
   2 @ 5.00
   Regularly  7.49
203472   NOTE,PST-IT,SS,5PK      6.99 S
302847   OFFICE HOME&STU       131.99 S
671796   MSEPD,MCRFBR,GRY       28.47 S
   3 @ 9.49
366651   SAFE,DRAWER            10.99 S
618017   PAD,EASEL,25X30.5,     31.99 S
787173   PPR,HAM,625SH,11"       7.98 S
   2 @ 3.99
   Regularly  6.79
596319   INK,HP61,2PK,COLOR     63.98 S
   2 @ 31.99
543650   FACIAL TISSUE,3PK       3.19 S
260529   MSE,WRLS,M310,VT       95.97 S
   3 @ 31.99
510426   SURGE,8-OUTLT,8'CD     63.98 S
   2 @ 31.99
663439   D,USB,8GB,S50,ASTD     14.99 S
   Regularly  34.99
299423   FLDR,STB,LTR,100BX     11.99 S
745211   FLDR,HNG,25BX,AST2      9.99 S

           Subtotal            492.50
Sales Tax:                      34.48
           Total               526.98
           Visa 1816           526.98
******************************************
ERNEST CARROLL TILE @ MA 1196206567
Ready to get Rewarded faster?
To receive Rewards electronically
update your member profile online at
www.myworkliferewards.com

   Total Office Depot Savings:
            $6.60
```



BIG000132

```
OFFICE DEPOT STORE #135
     8653 BAYMEADOWS RD
    JACKSONVILLE, FL 32256
        (904) 733-0075
10/13/2011   11 3          11:48 AM
STR 135 REG2   TRN  428 EMP 574652
-----------------------------------
SALE
Product ID    Description      Total
502290   RULER,12"ACRYL,CLR     2.79 S
754521   BADGE,LANYARD,BLAC    70.11 S
  9 @ 7.79
839945   HLDR,BADGE,VERT,12PK  47.92 S
  8 @ 5.99

              Total           120.82
Sales Tax                       8.46
              Total           129.28
       Discover Card 1826     129.28
*********************   *************
HOLICHY, LYNNE 1299547628
Ready to get Rewarded faster?
To receive Rewards electronically
update your member profile online at
www.myworkliferewards.com

Shop online at www.officedepot.com
```



```
    22TTA99P0... YF...
```

```
    WE WANT TO HEAR FROM YOU! !
  Participate in our online customer
  survey and receive a Coupon for
     $10 off your next qualifying
  purchase of $50 or more on office
  supplies, furniture and more

    Visit www.officedepot.com

       Thanks for shopping
```

```
OFFICE DEPOT STORE #135
     8653 BAYMEADOWS RD
    JACKSONVILLE, FL 32256
        (904) 733-0075
10/16/2011   11 3           4:18 PM
STR 135 REG2   TRN  938 EMP 681224
-----------------------------------
SALE
Product ID    Description      Total
839945   HLDR,BADGE,VERT,12PK  11.98 S
  2 @ 5.99
754521   BADGE,LANYARD,BLAC    15.58 S
  2 @ 7.79

           Subtotal           27.56
Sales Tax:                     1.93
              Total           29.49
       Discover Card 1826     29.49
*************************************
HOLICHY, LYNNE 1299547628
Ready to get Rewarded faster?
To receive Rewards electronically
update your member profile online at
www.myworkliferewards.com

Shop online at www.officedepot.com
```



```
       22TTY99P353YFRE4M
```



```
    WE WANT TO HEAR FROM YOU! !
  Participate in our online customer
  survey and receive a Coupon for
     $10 off your next qualifying
  purchase of $50 or more on office supplies
       ,furniture and more.

   Visit www.officedepot.com/feedback


    Thanks for shopping at Office Depot
```

BIG000159

```
OFFICE DEPOT STORE #135
    8653 BAYMEADOWS RD
  JACKSONVILLE, FL 32256
      (904) 733-0075
17/2011    11.3          9:07 AM
135           TRN  9779 EMP 590621

Product ID   Description      Total
       SS Letter              40.00 S
  Regularly 0.10
166962  Color SS Letter      441.00 S
  900 @ 0.49
  Regularly 0.59
     24lb Bright Let           4.50 S
     @ 0.03
     InsrtGols2              24.50
  50 @ 0.49
     L WHT OD BDR 6/pk        79.92 S
  63    SERVICES              28.00 S
  96    Color SS Letter       29.50 S
  50 @ 59
  517  3 HOLE PUNCH,PPRO      19.99 S
          Subtotal           667.41
  es Tax                      15.01
          Total              712.42
          Amex 1024          712.42
*************************************
   Total Office Depot Savings
                 $100.00
```
Paid 11/23/14



```
   OFFICE DEPOT STORE #135
      8653 BAYMEADOWS RD
    JACKSONVILLE, FL 32256
        (904) 733-0075
11/16/2011    11.3         8:30 AM
STR 135  REG3   TRN  9730 EMP 590621

SALE
Product ID   Description      Total
166962  Color SS Letter      352.80 S
  720 @ 0.49
  Regularly 0.59
661775  STAPLINGCORNER         2.40
  120 @ 0.02
166962  Color SS Letter      352.80 S
  720 @ 0.49
  Regularly 0.59
          Subtotal           708.00
  Sales Tax                   49.40
          Total              757.40
          Amex 4002
```

$144.00



22TT39PP353X5REFM

```
   OFFICE DEPOT STORE #135
      8653 BAYMEADOWS RD
    JACKSONVILLE, FL 32256
        (904) 733-0075
11/16/2011    11.3         9:16 AM
STR 135  REG3   TRN  9732 EMP 590621

SALE
Product ID   Description      Total
166962  Color SS Letter      177.00 S
  300 @ 0.59
        STAPLINGCORNER         1.20
  60 @ 0.02
          Subtotal           178.20
   Sales Tax:                 12.39
          Total              190.59
          Amex 4002          190.59
*************************************
   Shop online at www.officedepot.com
```

22TT39PP353XXREFM

BIG000196

```
OFFICE DEPOT STORE #139
8653 BAYMEADOWS RD
JACKSONVILLE, FL 32256
(904) 733-0075
11/15/2011   11.3
STR 135  REG2   TR#: 6229

SALE
Product ID    Description       Total
438331   CVR,RPT,SIDE CLP 5PK   9.79 S

          Subtotal              9.79
Sales Tax:                      0.69
             Total             10.48
             Amex 1024         10.48
```



```
WELCOME TO BEST BUY #350
JACKSONVILLE, FL 32256
(904)519-7775

Keep your receipt!

Val #: 1486-0194-4074-6297

0350 003 6833 11/16/11   09:45 00113678

9208485   MB572Z/A              29.99
MINI DISPLAY PORT TO VGA ADAP
ITEM TAX 2.10
Associate # 113678
9208485   MB572Z/A              29.99
MINI DISPLAY PORT TO VGA ADAP
ITEM TAX 2.10

             SUBTOTAL          59.98
             SALES TAX AMOUNT   4.20
             TOTAL             64.18
xxxxxxxxxxxx1024   AMEX        64.18
K HAZEN
APPROVAL 668868
```

Dear Valued Customer,
Best Buy tracks returns and exchanges on an individual level. When you return or exchange an item at this store we will require a valid form of photo ID  The information from your ID will be stored in a secure, encrypted database of customer return activity that Best Buy and its affiliates use to track returns by our customers. This information is used to help us continue to deliver competitive prices.
  Valid forms of ID accepted are:
U.S. or Canadian Driver's License, U.S. State ID, Canadian Province ID, Matricula

BIG000197