# Exhibit DD

Century Type Print and Media
9440 Phillips Highway, Ste. 6
Jacksonville, FL 32256
tel: 904-880-7812
fax: 904-880-7815

# Invoice

| Date | Invoice No. |
|---|---|
| 10/03/11 | 2048 |

| Bill To |
|---|
| Big Voices Media<br>Attn: Billie Tucker<br>8493 Baymeadows Way<br>Jacksonville, FL 32256 |

*Paid
10-12-11
Ck # 1019 VOIDED
Replaced by #1020*

| P.O. No. | Rep | Ship Date | Project |
|---|---|---|---|
|  |  | 10/03/11 |  |

| Item | Description | Qty | Amount |
|---|---|---|---|
| 4c Printing X | Business Card Printing<br>Prints: 4/4-12pt. C1side-3.5x2 w/bleed | 500 | 41.95T |
| Delivery | Delivery |  | 0.00 |
|  | Sales Tax |  | 2.94 |

Thank you for your business.

| | Total | $44.89 |
|---|---|---|

BIG000134