# Exhibit FF

## Lowe's

**LOWE'S HOME CENTERS, INC.**
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256   (904) 828-5170

- SALE -
SALES #: S1642PR1 1130356    07-17-11

```
  WILD BIRD SEED           5.97
2  T  ICE STUD
         2.74
   STAR DRIVE GFN          3.37
   4X8 OSB SHEATHING      15.94
      2 @ 7.97
```

SUBTOTAL:       64.16
TAX:             4.50
INVOICE 01514  TOTAL:   68.66
DEBIT:          68.66

62.69 BVM

DEBIT:XXXXXXXXXXXX7017 AMOUNT:68.66 AUTHCD:382157
SWIPED REFID:803910205 07/17/11 08:35:01
TRACE:00634302

PURCHASE   CASH BACK   TOTAL DEBIT
68.66        0.00         68.66

STORE: 1?      ?    01   07/1?    08:35:0?
# OF            SOLD:    16
EXCLUDES             L ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: LAYNE COOK

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 18420-71711-01514

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

---

## BIG LOTS!

Bid out

San Pablo Station Shopping Center #01743
14333 Beach Blvd
Jacksonville Bch, FL 32???
(904) 223-6031

07/02/2011              11:48:46 AM EDT
Trans: 2499             Store: 01743
Reg  003                Till: Jos1
Cashier: 1494362        Sales: 1494362

SALE

Curtain purple fabric

```
PURPLE EMBOSSED MUG                    3.00 T
  320020281           1 @ 3.00
THERMAPNL BLACK 42X84                 12.00 T
  350048077           1 @ 12.00
THERMAPNL BLACK 42X84                 12.00 T
  350048077           1 @ 12.00
THERMAPNL BLACK 42X84                 12.00 T
  350048077           1 @ 12.00
THERMAPNL BLACK 42X84                 12.00 T
  350048077           1 @ 12.00
PURPLE EMBOSSED MUG                    3.00 T
  320020281           1 @ 3.00
PURPLE EMBOSSED MUG                    3.00 T
  320020281           1 @ 3.00
PURPLE EMBOSSED MUG                    3.00 T
  320020281           1 @ 3.00
FACIAL CLOTHS ORIGINAL 3               1.00 T
  120094622           1 @ 1.00
    CLOTHS ORIGINAL 3                  1.00 T
  120094622           1 @ 1.00
DOMESTICS                             10.00 T
  350000000           2 @ 5.00
```

Sub-Total                              72.00
  FL 7% Taxable        72.00
  FL 7% Tax             5.04
Total Sales Tax                         5.04

Total                                  77.04
  Debit Card (S)                77.04
  Account: 4076
  Expires: **/****
  Auth: 124710 95589073 (A)

BIG000146

Total Tender                           77.04

*Big cut*

```
***  *************
    for Humanity
      abiJax
    cksonville
*****************
  Dept:008075P
   mber       T1      10.00
  ** Sale Subtotal***  10.00
    ES TAX 1    0.70
  ******* Total Sale***  10.70
  - CASH              11.00
  ** Total Due **********  0.00
     Change :   0.30 $
==================================
   ITEMS PURCHASED: 1
==================================
**********************************
WARNING! If you scrape, sand, & remove
old paint, you may release lead dust.
LEAD IS TOXIC.  EXPOSURE TO LEAD DUST
CAN CAUSE SERIOUS ILLNESS, SUCH AS BRA
DAMAGE, ESPECIALLY IN CHILDREN.
PREGNANT WOMEN SHOULD AVOID EXPOSURE.
Wear a NIOSH-a            r to
control lead ex          carefully
fully with HEPA         wet mop.
Before you star          re by
contacting the           Info
Hotline at 1-800-424-LEAD or log on to
www.EPA.GOV/LEAD/.
I have read and understand the
statement above.


Sign Name:_____
**********************************
 You: Cashier:Ashley
 ReStore Return Policy:
  · do not offer REFUNDS or RETURNS. It
    the responsibility of the customer
     sure that they are buying the
      t merchandise.  APPLIANCE WARRANTY
      e will warranty appliances sold
      Jays from date of purchase.
      e will accept returned appliance
    TORE CREDIT ONLY!
    46355 08-27-11 11:35A 003/01/0001
```

---

*Big cut*

**LOWE'S**

LOW'S HOME          T4
5                   LY
                 2   5  (904) 628-5170

                  - SALE -
SALES #: S1842A01 1430424   07-31-11

12549 5.0 MM UTILITY PLYWOOD    33.84
          3 @    11.28
940 1X4X8 #2  TOP CHOICE W  WD   4. .
941 1X4X10 TOP CHOICE #  WHTW    5. 7

              SUBTOTAL:         43.63
                   TAX:          3.06
INVOICE 01168  TOTAL:           46.69
                 DEBIT:         46.69

 :XXXXXXXXXXXX7017 AMOUNT:46.69  ITH  :21743?
 SWIPED RF    603910205 07/31/11  1:2 :13
        TRACE:00836586
PURCHASE     CASH BACK    TOTAL DEBIT
 46.69         0.00         46.69

            01  07/31/11 09:2 .  5

                                  *WOOD*

                  - SALE -
SALES #: S1842JM2 1226232   07-21-11

12549 5.0 MM UTILITY PLYWOOD   (33.84)   *BVM*
          3 @    11.28
103500 CH TWINSTACK COMPRESSOR   99.00

              SUBTOTAL:        132.84
                   TAX:          9.30
INVOICE 01935  TOTAL:         (142.14)
                 DEBIT:        142.14

DEBIT:XXXXXXXXXXXX7017 AMOUNT:142.14 AUTHCD:823
 SWIPED REFID:803910189 07/21/11 18:59:59
        TRACE:00586478
PURCHASE     CASH BACK    TOTAL DEBIT    *33.84*
                                          *BVM*

                                             4
     SERVICES AND SPECIAL ORDER ITEMS
BIG000147

## Receipt 1 (Lowe's)

Bld. Out

**LOWE'S HOME CENTERS, INC.**
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256   (904) 828-5170

- SALE -
SALES #: S1842PV1 1359959    07-10-11

| Item | | Price |
|---|---|---|
| 121 4X4X6 #2 .40 ACQ TREATED | | 9.94 |
| | 2 @ 4.97 | |
| 46905 2X4X8 ACQ TOP CHOICE TREA | | 7.88 |
| | 4 @ 1.97 | |
| 98884 PT LATTICE ECONOMY 4X8 PA | | 23.94 |
| | 2 @ 11.97 | |
| 12485 ROOF 29 GA 8 FT 5V CRIMP | | 19.42 |
| 91431 1/2" T50 STAPLE 1250CT | | 2.97 |
| 67361 GALV LAG SCREW 3/8 X 6 | | 10.00 |
| | 4 @ 2.50 | |
| 67390 GALV 3/8 FLAT WASHER | | 0.88 |
| | 4 @ 0.22 | |

SUBTOTAL: 75.03
TAX: 5.25
INVOICE 01811  TOTAL: 80.28
DEBIT: 80.28

DEBIT:XXXXXXXXXXXX7017 AMOUNT:80.28 AUTHCD:266774
SWIPED REFID:803910189 07/10/11 10:22:46
TRACE:00696777

## Receipt 2 (Lowe's)

Bld Out

**LOWE'S HOME CENTERS, INC.**
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256   (904) 828-5170

- SALE -
SALES #: S1842JK2 185434    07-07-11

| Item | | Price |
|---|---|---|
| 35308 I/O 15X16 TURQ FRAMED | | .94 |
| | 3 @ | |
| 33834 CRYSTAL STACKED BALL LAMP | | 39.94 |
| | 2 @ 19.97 | |
| 24946 60W DOUBLE LIFE SOFT WHIT | | 5.48 |
| 7076 JH DIMMER SLIDE/OFF   S | | 9.93 |
| 31581 QT READY-TO-USE PATCH | | 8.97 |
| 16189 CHLORINE REMOVER 16 OZ. | | 5.02 |
| 33835 DRUM SHADE 8X11X7 BLUE & | | 25.94 |
| | 2 @ 12.97 | |
| 31980 EXTREME PRO 4"X2" STRIPS, | | 7.96 |
| | 2 @ 3.98 | |

SUBTOTAL: 125.18
TAX: 8.77
INVOICE 14777  TOTAL: 133.95
DEBIT: 133.95

DEBIT:XX(XXXXXXXXX4076 AMOUNT:133.95 AUTHCD:771412
SWIPED REFID:                    06

## Receipt 3 (Best Buy)

WELCOME TO BEST BUY #350
JACKSONVILLE, FL 32256
(904)519-7775
Keep your receipt!

Val #: 0950-7342-2103-7496
0350 002 8589 07/14/11   20:39 00177412

| | | |
|---|---|---|
| 1261484  WDBACX0010R | | |
| 1TB BLUE 3.0 MY PASSPORT | | 139.99 |
| ITEM TAX 9.80 | | |
| 5426693  RZ CARD | | |
| REWARD ZONE CARD | | 0.00 N |
| MEMBER ID 2497331711 | | |

SUBTOTAL           139.99
SALES TAX AMOUNT     9.80
                 ========
TOTAL              149.79
DEBIT              149.79

XXXXXXXXXXXX7017
EUGENE R TUCKER
APPROVAL 462494
REFERENCE NUMBER: 0350002

BILLIE,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 06/21/11
POSTED POINTS: 29
Go to MyRZ.com FOR MORE INFO

Dear Valued Customer,

keep prices low for all of our

BIG000148