# Exhibit GG



```
                              4312843858882
                           VISUAL DYNAMICS
                         2251 TOWNCENTERAVE #105
                            VIERA, FL 32940
                             321-433-0607
Term ID: 002
                                              Ref #: 000
                        Sale
          XXXXXXXXXXXX2005
          AMEX
                              Entry Method: Swiped
          10/02/11
          Inv #: 000000              15:51:50
          Aprvd: Online        Appr Code: 506492
                               BatchN: 275001
          Total:
                                   $   26.46

                  Customer Copy
                  THANK YOU!
```

BIG000151

# VISUAL DYNAMICS, INC.

www.visdynic.com   www.getmactraining.com   visdyn@mac.com

694 E. Eau Gallie Blvd  
Indian Harbour Beach, FL 32937  
321-773-7788

2251 Town Center Ave. Suite 105  
Viera, FL 32940  
321-433-0607



Apple Specialist

Sold/Ship To:  
Lynne Holicky

Bill To:

Invoice #: 50571  
Date: 10/2/2011  
Sold By: Riley Petroske, Greeter  
Ref By:

FL 329  
904-273-0807   Call #

| Qty | Part# | Description | Serial Number | Price | Extended |
|---|---|---|---|---|---|
| 1 | MDP2HDMI | StarTech Mini DisplayPort to HDMI Video Adapter Converter | Delivered | $24.95 | $24.95 |

Sub Total: $24.95  
Tax: $1.50  
Shipping:  
Total: $26.45  
AmEx: $26.45  
Cash Amt:  
Balance Due: $0.00

1. Purchases: Interest charges of 1.5% per month will be added to all past due unpaid balances.
2. Warranties: Purchaser, recognizing that Seller is not the manufacturer of equipment, nor publisher of the software, expressly waives any claim against Seller based upon any infringement of any patent or copyright of any equipment or software package.
3. Data transfer does NOT include set up or conversion of any data, it is a transfer only. You are responsible for configuration and set up of transferred data which will reside in a folder on your hard drive. Premium Data Transfer is available for a fee.
4. Refurbished and used items are sold as-is with no warranty.
5. Returned checks are subject to a service charge equal to 5% of the amount of the check or $25.00, whichever is greater.
6. Deposits paid on ordered items are non-refundable.
7. Training Classes expire one year from date of purchase.
8. All Sales are FINAL. No returns on open box products or after 10 days. All issues related to returns, exchanges or refunds must be handled by the store the product was purchased from.

Received by: _____   I Agree to the above terms and conditions   Date: _____   Avenue

BIG000152