# Exhibit HH



*set re-design*

**3790 S THIRD STREET SO**
**JACKSONVILLE BEACH, FL (904)2477225**

6974  00005  60268        09:15 AM
CASHIER LINDA - LWE802

| | | |
|---|---|---|
| 022367580230 | MSH INT FL <A> | 9.97 |
| 022367596129 | MSL PM SLV <A> | 39.98 |
| 073257009546 | 9X12 DRPCLTH <A> | 3.96 |
| 201.98 | | |
| 051115036828 | 2090 1.5 <A> | 5.93 |
| 077089181333 | 2"UTLTYBRUSH <A> | 2.97 |
| 028076653388 | 6IN COVER <A> | 3.97 |
| 028076219140 | ROLLER LITE <A> | 5.97 |
| 028076091142 | 14IN FRAME <A> | 5.74 |
| 202.87 | | |
| 028076080030 | PAINT TRAY <A> | 5.94 |
| 202.97 | | |
| 727193309009 | PAINT TRAY <A> | 1.97 |

```
            SUBTOTAL        86.40
            SALES TAX        6.05
            TOTAL          $92.45
XXXXXXXXXXXX7506 HOME DEPOT    92.45
AUTH CODE 027321/5058174         TA
```



6974 05 60268 10/27/2011 2134

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
   A        1     90     01/25/2012

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*******************************

**ENTER FOR A CHANCE**
**TO WIN A $5,000**
**HOME DEPOT GIFT**
**CARD!**

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

**¡PARTICIPE EN UNA**
**OPORTUNIDAD DE GANAR**
**UNA TARJETA DE**
**REGALO DE THD**
**DE $5,000!**

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

**User ID:**
**127799 120830**

**Password:**
**11527 120825**

Entries must be entered by 11/26/2011
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

---



ABC FINE WINE & SPIRITS

**REGULAR SALE**

        14:59:00  004 001 08        6776
Store Number: 195
   Cashier: SEAN

Loyalty Cust: 00007275080

0008500001443 BAREFOOT P GRIGIO *   20.00*
              (2.00 x $10.00)
-----------------------------------------
                    SUBTOTAL        20.00
    20.00           TOTAL TAX        1.20
                    TOTAL           21.20
-----------------------------------------
                    AMEX            21.20
ACCT #: XXXXXXXXXXXX3009
APPROVAL CODE: 526162

You Saved $1.00 On Sale Items

**LOYALTY REWARDS MAIN CLUB 10%**
PREVIOUS POINTS              =    88
REGULAR POINTS THIS PURCHASE =    20
-----------------------------------------
CURRENT POINTS               =   108
ABC Rewards Card # 00007275080

Use your Advantage Buying Card to earn
at least 1 point for every $1 you spend

BIG000160