# Exhibit II



*Studio*

**LOWE'S**

LOWE'S HOME CENTERS, INC.
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256  (904) 828-5170

- SALE -
SALES #: S1842EC1 1119822   11-01-11

193252 16.6 OZ #90 HI-STRENGTH S    14.17
   14.92   DISCOUNT EACH         -0.75

              SUBTOTAL:        14.17
                   TAX:         1.00
   INVOICE 14239  TOTAL:       15.17
                   LCC:        15.17
**TOTAL DISCOUNT:**              0.75
LCC:XXXXXXXXXXXX5203 AMOUNT:15.17 AUTHCD:000840
   KEYED REFID:803909725 11/01/11 13:13:22
              LBA/PO: 0

STORE: 1842   TERMINAL: 14   11/01/11 13:13:35
**# OF ITEMS PURCHASED:         1**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

||||||||||||||||||||||||||||||||

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: LAYNE COOK



*Gayla - Pls.
reimburse Team JAS
for this -
Thanks*
*Paid
Ck# 1057
$110.43*

---



*Studio*

**LOWE'S**

LOWE'S HOME CENTERS, INC.
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256  (904) 828-5170

- SALE -
SALES #: S1842CC4 1553633   11-02-11

7001 2X4X96" TOP CHOICE STUD        11.00
   2.89   DISCOUNT EACH          -0.14
            4 @    2.75
24339 18X18 CPPR SLATE VNL TILE     21.00
   2.21   DISCOUNT EACH          -0.11
           10 @    2.10

              SUBTOTAL:        32.00
                   TAX:         2.24
   INVOICE 01794  TOTAL:       34.24
                   LCC:        34.24
**TOTAL DISCOUNT:**              1.66
LCC:XXXXXXXXXXXX5203 AMOUNT:34.24 AUTHCD:000860
   KEYED REFID:803909597 11/02/11 12:36:27
              LBA/PO: NO

STORE: 1842   TERMINAL: 01   11/02/11 12:36:39
**# OF ITEMS PURCHASED:        14**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

||||||||||||||||||||||||||||||||

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: LAYNE COOK

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

```
************************************************************
*         YOUR OPINIONS COUNT!                              *
*    REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!             *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S!      *
*                                                           *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY        *
*    WITHIN ONE WEEK AT: www.lowes.com/survey               *
*         Y O U R   I D #  01794 1842 306                   *
*                                                           *
*      NO PURCHASE NECESSARY TO ENTER OR WIN.               *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.      *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey         *
************************************************************
```
   STORE: 1842   TERMINAL: 01   11/02/11 12:36:39

*Studio*



LOWE'S HOME CENTERS, INC.
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256   (904) 828-5170

- SALE -
SALES #: S1842JM2 1226232   11-02-11

```
253306 1" ECONOMY BRUSH           2.46
        2.59   DISCOUNT EACH     -0.13
235010 4" MINI-ROLLER FRAME WHIZ   1.87
        1.97   DISCOUNT EACH     -0.10
235014 6PK 4" MULTI-PURPOSE ROLL   7.16
        7.54   DISCOUNT EACH     -0.38
170399 LESS MESS EDGER TRAY        3.30
        1.74   DISCOUNT EACH     -0.09
           2 @   1.65

              SUBTOTAL:          14.79
                   TAX:           1.04
      INVOICE 15592 TOTAL:       15.83
                   LCC:          15.83
TOTAL DISCOUNT:                   0.79
```
LCC:XXXXXXXXXXXX5203 AMOUNT:15.83 AUTHCD:000841
KEYED REFID:803909597 11/02/11 10:36:07
LBA/PO: NO1

STORE: 1842   TERMINAL: 15   11/02/11 10:36:17
# OF ITEMS PURCHASED:              5
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: LAYNE COOK

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

```
************************************************************
*            YOUR OPINIONS COUNT!                   *
*    REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!     *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
*                                                   *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey      *
*         Y O U R   I D #  15592 1842 306           *
*                                                   *
*    NO PURCHASE NECESSARY TO ENTER OR WIN.         *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
************************************************************
```
STORE: 1842   TERMINAL: 15   11/02/11 10:36:17

---

*Studio*

LOWE'S HOME CENTERS, INC.
8054 PHILIPS HIGHWAY
JACKSONVILLE, FL 32256   (904) 828-5170

- SALE -
SALES #: S1842CC4 1553633   11-02-11

```
1408 1X2X8 TOP CHOICE #2 WHTWD     7.29
        2.56   DISCOUNT EACH     -0.13
           3 @   2.43
962 1X8X8 #2 TOP CHOICE WHTWD     24.90
        8.74   DISCOUNT EACH     -0.44
           3 @   8.30
308980 3-1/2" ZINC CHEST HANDLE   10.04
        5.28   DISCOUNT EACH     -0.26
           2 @   5.02

              SUBTOTAL:          42.23
                   TAX:           2.96
      INVOICE 01780 TOTAL:       45.19
                   LCC:          45.19
TOTAL DISCOUNT:                   2.23
```
LCC:XXXXXXXXXXXX5203 AMOUNT:45.19 AUTHCD:000871
KEYED REFID:803909597 11/02/11 11:53:14
LBA/PO: NO PO

STORE: 1842   TERMINAL: 01   11/02/11 11:53:29
# OF ITEMS PURCHASED:              8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: LAYNE COOK

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

```
************************************************************
*            YOUR OPINIONS COUNT!                   *
*    REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!     *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
*                                                   *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey      *
*         Y O U R   I D #  01780 1842 306           *
*                                                   *
*    NO PURCHASE NECESSARY TO ENTER OR WIN.         *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
************************************************************
```
STORE: 1842   TERMINAL: 01   11/02/11 11:53:29

BIG000167