# Exhibit LL



**Sam's CLUB**

Savings Made Simple

```
CLUB MANAGER MELISSA BAILEY
       ( 904 ) 696 - 88
   Fax and Pull # (904)X      '05
          JACKSONVILLE, F
11/15/11 10:07 0314 8263 0         2519

W MEMBER  101-*******9852
```

# THANK YOU,
ERNEST CARROLL CERAMIC TILE

```
E  826860 ORANGE JUICE       12.67 N
E  761654 SPRING WATER        4.48 N
   824807 12OZ PT CUPS       11.74 T
   336366 SERVINGSET          8.88 T
E  207144 ASST. DANISH        7.46 N
E  207144 ASST. DANISH        7.46 N
E  580707 MUFFINS             6.97 N
E  395458 MINI CHEESE         6.98 N
E  395458 MINI CHEESE         6.98 N
E  163180 MINI PASTRY         6.98 N
E  163180 MINI PASTRY         6.98 N
E  912241 CINNAMON ROL        5.68 N
E  912241 CINNAMON ROL        5.68 N
E  912241 CINNAMON ROL        5.68 N
E  342903 LOL HNH PCS         7.98 N
E  365649 FOLGERS             9.98 N
E  466562 APPLE SLICE         3.48 N
E  466562 APPLE SLICE         3.48 N
E   13833 SUGAR PKTS          9.34 N
E  761554 SPRING WATER        4.48 N
E  362153 BANANAS             1.40 N
E  362153 BANANAS             1.40 N
E  362153 BANANAS             1.40 N
E  826860 ORANGE JUICE       12.67 N
E  826860 ORANGE JUICE       12.67 N
VL 826860 ORANGE JUICE       12.67-N
E  761554 SPRING             4.48 N
              SUBTOT       163.71
         TAX 1  7.000 %       1.45
                  TOTAL     165.16
              DEBIT TEND    165.16
              CHANGE DUE      0.00

EFT DEBIT       PAY FROM PRIMARY
   165.16  TOTAL PURCHASE
ACCOUNT #      **** **** **** 1816 S
REF # 131900194298
NETWORK ID. 0082 APPR CODE  02216
TERMINAL # 40000109

         11/15/11    10:10:

       # ITEMS SOLD  25

# of eValues redeemed this trip  000
$ eValues redeemed this trip   $0.00
# of eValues remaining            013

   Visit samsclub.com to view eValues
```

BIG000184

## Walmart

(904) 764-2855
Manager ROBERT HAWK
12100 LEM TURNER RD
JACKSONVILLE FL 32218
ST 1219 OP# 00004324 TE# 17 TR# 05060

| Item | Code | Price |
|---|---|---|
| WRITING PAD | 007431964701 | 2.44 X |
| WRITING PAD | 007431964701 | 2.44 X |
| WRITING PAD | 007431964701 | 2.44 X |
| WRITING PAD | 007431964701 | 2.44 X |
| ~~PLAID SHIRT~~ | ~~071846717296~~ | ~~7.88 X~~ |
| ~~TUNIC SET~~ | ~~072453632354~~ | ~~7.00 X~~ |
| ~~TUNIC SET~~ | ~~072453632849~~ | ~~9.88 X~~ |
| ~~NASAL SPRAY~~ | ~~004110082072~~ | ~~7.18 N~~ |
| WATER | 007343000421 F | 3.98 N |
| WATER | 007343000421 F | 3.98 N |

```
           SUBTOTAL      49.66
TAX 1   7.000 %           2.42
           TOTAL         52.08
        CASH TEND       100.08
        CHANGE DUE       48.00
```

$18.96

# ITEMS SOLD .0

TC# 1160 3682 1676 9685 544

Layaway is back for Electronics,
Toys, and Jewelry. 10/17/11-12/16/11
11/11/11       08:30:10

---


EXPECT MORE. PAY LESS:

YULEE - 904-548-1240
11/15/2011  06:22 PM  EXPIRES 02/13/12

**CLEANING SUPPLIES**
003041586    FEBREZE        T    $8.97
003080047    TIDE 2X        T    $11.99 ↓

**GROCERY**
055020506    PEPP O MINT    FT   $3.78
             2 @ $1.89 ea
055020507    WINT O GREEN   FT   $3.78
             2 @ $1.89 ea
261060222    EQUAL          FN   $2.48
             Saved $0.51 of $2.99

**HOME**
253060671    CHARMIN        T    $7.94

**SEASONAL-GARDEN CENTER**
240120202    DINNER PLATE   T    $6.00
             2 @ $3.00 ea
240120203    SNACK PLATE    T    $6.00
             2 @ $3.00 ea
240120214    TABLE CLOTH    T    $3.00
240120218    LUNCH NAPKIN   T    $6.00
             2 @ $3.00 ea

**SPECIALTY**
245020026    N5  READER     T    $11.99 +

```
              SUBTOTAL         $71.93
T = FL TAX 7.0000% on $69.45    $4.87
              MERCHANDISE TOTAL $76.80

*1816 DEBIT TOTAL PAYMENT     $116.80
       CASH BACK AMOUNT         $40.00
```

↓ INDICATES SAVINGS
+ INDICATES HEALTH ITEM

$10.74

Target Pharmacy   We're here to help!
     9am - 9pm M-F
     9am - 6pm Sat
     9am - 6pm Sun

---

HEALTH ITEM TOTAL:   $12.83

Learn more at Target.com/healthspending
     or by calling 1-877-Rx Target
REC#2-1319-2155-0077-2553-7 VCD#756-288-448

For product safety information,
log onto Target.com at home or on the
instore kiosk and click Product Recalls.

---



Paid
11-21-11
Ck #1069

183.16

BIG000185