# Exhibit MM



200 Meadow St SE
Live Oak, FL 32064
386-249-4480
fax: 386-628-0199
jaredrhodenizer@gmail.com

INVOICE NO. [100]
DATE: November 21, 2011

TO:   Big Voices Media
      Billie Tucker

*Paid
11/23/11
Ck# 1050
Tracy*

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 2.00 | Filming Jacksonville November 16 & 17, 2011 | $ 125.00 | $ 250.00 |

TOTAL $ 250.00

DATE   AMOUNT PAID   PAYMENT TYPE   REMAINING TOTAL

Payment Options: Check, Cash, or PayPal
**THANK YOU FOR YOUR BUSINESS!**



BIG000188



**Savings Made Simple**

```
CLUB MANAGER MELISSA BAILEY
        ( 904 ) 696 - 88
   Fax and Pull # (904X      '06
         JACKSONVILLE, F
11/15/11 10:07 0314 8263 0(      2619

W MEMBER  101-*******9852
```

# THANK YOU,

ERNEST CARROLL CERAMIC TIL

```
E  826860 ORANGE JUICE       12.67 N
E  761654 SPRING WATER        4.48 N
   824807 12OZ PT CUPS       11.74 T
   336366 SERVINGSET          8.88 T
E  207144 ASST. DANISH        7.46 N
E  207144 ASST. DANISH        7.46 N
E  580707 MUFFINS             6.97 N
E  395468 MINI CHEESE         6.98 N
E  395468 MINI CHEESE         6.98 N
E  163180 MINI PASTRY         6.98 N
E  163180 MINI PASTRY         6.98 N
E  912241 CINNAMON ROL        6.68 N
E  912241 CINNAMON ROL        6.68 N
E  912241 CINNAMON ROL        6.68 N
E  342903 LOL HNH PCS         7.98 N
E  365649 FOLGERS             9.98 N
E  466662 APPLE SLICE         3.48 N
E  466662 APPLE SLICE         3.48 N
E   13833 SUGAR PKTS          9.34 N
E  761554 SPRING WATER        4.48 N
E  362153 BANANAS             1.40 N
E  362153 BANANAS             1.40 N
E  362153 BANANAS             1.40 N
E  826860 ORANGE JUICE       12.67 N
E  826860 ORANGE JUICE       12.67 N
VL 826860 ORANGE             12.67-N
E  761554 SPRI                 4.48 N
              SUBTOT.       163.71
        TAX 1  7.000 %        1.45
                   TOTAL    165.16
              DEBIT TEND    165.16
              CHANGE DUE      0.00

EFT DEBIT        PAY FROM PRIMARY
  165.16  TOTAL PURCHASE
ACCOUNT #      **** **** *     1816 S
REF # 131900194298
NETWORK ID. 0082 APPR CODE  2216
TERMINAL # 40000109

        11/15/11    10:10:
```

# # ITEMS SOLD 25

```
# of eValues redeemed this trip  000
$ eValues redeemed this trip   $0.00
# of eValues remaining            013

  Visit samsclub.com to view eValues
```

BIG000184

## Walmart
Save money. Live better.

(904) 764-2855
Manager ROBERT HAWK
12100 LEM TURNER RD
JACKSONVILLE FL 32218
ST 1219 OP# 00004324 TE# 17 TR# 05060
WRITING PAD    007431964701        2.44 X
WRITING PAD    007431964701        2.44 X
WRITING PAD    007431964701        2.44 X
WRITING PAD    007431964701        2.44 X
PLAID SHIRT    071846717296        7.88 X
TUNIC SET      072453632354        7.00 X
TUNIC SET      072453632849        9.88 X
NASAL SPRAY    004110082072        7.18 N
WATER          007343000421 F      3.98 N
WATER          007343000421 F      3.98 N
                    SUBTOTAL      49.66
       TAX 1  7.000 %              2.42
                       TOTAL      52.08
                  CASH TEND      100.08
                 CHANGE DUE       48.00



# ITEMS SOLD  10

TC# 1160 3682 1676 9685 644

Layaway is back for Electronics,
Toys, and Jewelry. 10/17/11-12/16/11
11/11/11      08:30:10

---


**TARGET**
EXPECT MORE. PAY LESS.

YULEE - 904-548-1240
11/15/2011 06:22 PM  EXPIRES 02/13/12

CLEANING SUPPLIES
003041586      FEBREZE        T    $8.97
003080047      TIDE 2X        T   $11.99 ↓

GROCERY
055020506      PEPP O MINT    FT   $3.78
               2 @ $1.89 ea
055020507      MINT O GREEN   FT   $3.78
               2 @ $1.89 ea
261060222      EQUAL          FN   $2.48
               Saved $0.51 off $2.99

HOME
253060671      CHARMIN        T    $7.94

SEASONAL-GARDEN CENTER
240120202      DINNER PLATE   T    $6.00
               2 @ $3.00 ea
240120203      SNACK PLATE    T    $6.00
               2 @ $3.00 ea
240120214      TABLE CLOTH    T    $3.00
240120218      LUNCH NAPKIN   T    $6.00
               2 @ $3.00 ea

SPECIALTY
245020026      N5  READER     T   $11.99 +

                    SUBTOTAL      $71.93
T = FL TAX  7.0000% on  $69.45     $4.87
              MERCHANDISE TOTAL   $76.80

       *1816 DEBIT TOTAL PAYMENT $116.80
               CASH BACK AMOUNT   $40.00

↓ INDICATES SAVINGS
+ INDICATES HEALTH ITEM

Target Pharmacy    We're here to help!
             9am - 9pm M-F
             9am - 6pm Sat
             9am - 6pm Sun

HEALTH ITEM TOTAL:    $12.83

Learn more at Target.com/healthspending
      or by calling 1-877-Rx Target
REC#2-1319-2155-0077-2553-7 VCD#756-288-448

For product safety information,
log onto Target.com at home or on the
instore kiosk and click Product Recalls.

