# Exhibit NN



**WESTFIELD INSURANCE**
Sharing Knowledge Building Trust.®

| Westfield Billing Contact Information |
|---|
| Billing Customer Service: 1.800.552.9134 |
| Monday - Friday 7:00 - 6:00 EST |
| Pay-by-Phone: 1.800.766.9133, Access code = 5 digit zip code |
| Pay Online: www.westfieldinsurance.com |
| One Park Circle, PO Box 5001, Westfield Center OH 44251 |

## INSURANCE INVOICE

Invoice Date: November 20, 2011

BIG VOICES MEDIA, LLC.
8493 BAYMEADOWS WAY #9
JACKSONVILLE FL 32256

ACCOUNT NUMBER
0900373483

AMOUNT DUE
$1,232.46


**PAID**
11/28/11
Ck # 1084

TO PAY IN FULL
$1,232.46

For policy questions call:
CECIL W POWELL AND COMPANY
COLUMBUS OH 43216
800.236.3884

DUE DATE
December 05, 2011

BIG000190

| POLICY DESCRIPTION | DURATION OF POLICY | PAY PLAN | POLICY BALANCE | AMOUNT DUE |
|---|---|---|---|---|
| Commercial Package Policy<br>Policy: CWP 6633599 | 11-04-11 to 11-04-12 | Annual | $1,232.46 | $1,232.46 |
| **TOTAL** | | | $1,232.46 | $1,232.46 |

**Are you looking for a convenient way to pay your insurance bill?**
As a savvy manager of your personal finances, you understand the importance of controlling your money. That's why Westfield is pleased to offer you a billing system that does just that.

**WICdraw - Electronic Funds Transfer**, is our most cost effective payment method. Monthly customers save up to $60 per year with WICdraw because installment fees are waived! EFT is a simplified way of paying your insurance directly to Westfield Insurance WITHOUT writing a check and mailing it. With your approval, Westfield Insurance will draw payments directly from your checking, savings, or credit union account.

I authorize Westfield Insurance to electronically transfer funds from my account to pay my premium installment on the due date of my bill or installment schedule. I also understand that adjustments may involve credits to my account. I understand that sufficient funds must be kept in the account to cover premium payment withdrawals. Insufficient funds may result in the cancellation of my policy(s). If this happens, my policy(s) will receive the cancellation notice required by law. If at any time I wish to cancel this privilege or make changes to my bank information, I will contact Westfield Insurance at 1.800.552.9134. Westfield Insurance reserves the right to refuse or terminate automated payment service.

| BIG VOICES MEDIA, LLC. |
NAME

EMAIL

| 0900373483 |
WIC ACCOUNT NUMBER        PHONE NUMBER

9-DIGIT ROUTING NUMBER        ☐ CHECKING    ☐ SAVINGS

BANK ACCOUNT NUMBER

YOUR BANK'S NAME, CITY, STATE

**Choose option**
Choose your pay plan and day of the month to withdraw your payment (day 1-28)

☐ MONTHLY    ☐ QUARTERLY    ☐ SEMIANNUAL    ☐ ANNUAL
Please withdraw my payment on day _____ (1-28).

☐ Please debit my account for the installment due (no payment is enclosed)

☐ I have enclosed payment; begin with next installment

AUTHORIZED SIGNATURE ON ACCOUNT (REQUIRED)        DATE

To enroll: Complete the form and email to WIC@westfieldgrp.com or fax the form to 1.800.283.2422 or enclose the form and blank voided check and return to Westfield Insurance, Attn: EFT Enrollments, PO Box 5001, Westfield Center, OH 44251.

BIG000191

**The following pay by phone/pay online options are available:**
- Checking account
- Savings account
- Debit Card
- Credit card: VISA® or MasterCard® or Discover®

**Making a payment:**
Call JPMorgan Chase PayConnexion's automated toll-free telephone number, 1.800.766.9133, to pay by phone. Have your policy or account number and your access code available. Your access code is your zip code as it appears on your Westfield invoice. Or, go to www.westfieldinsurance.com to pay online.

**Convenience fee:**
A $5.95 convenience fee is collected by JPMorgan Chase PayConnexion for processing each transaction.

Payments authorized before 6 p.m. will be credited the next business day. Payments authorized after 6 p.m. will not be credited for 2 business days. Payments credited after a cancellation date will not prevent cancellation. Contact Billing Customer Care Monday through Friday, 7 a.m. to 6 p.m. EST at 1.800.552.9134 for more information.

**Pay by phone terms and conditions**
Westfield Insurance uses a certified vendor (JPMorgan Chase Pay Connexion) to provide Pay by Phone services. The vendor charges a convenience fee to cover the cost of these services.

By providing your unique identifying information to JPMorgan Chase PayConnexion and confirming the payment, you authorize JPMorgan Chase PayConnexion to: (1) withdraw the specified amount and specified convenience fee from your bank account or debit/credit card; and (2) your financial institution to deduct the payments (you may revoke or cancel an authorized payment only by following the procedure in paragraph 2 below). All payments are made through initiation of an Automated Clearinghouse ("ACH") Debit or Credit card.

1. **Using PayConnexion** - To make a payment you will need to call 1.800.766.9133 and provide your unique identifying information which includes: (1) your Westfield Insurance account number and (2) your Access Code, which is the 5 digit zip code on your invoice; and (3) any other information specific to you and/or on your account which may be requested to ensure you are authorized to conduct the transaction. You will need a valid bank routing number (RTN) along with the associated valid bank account number or a valid Debit or Credit card number. Payments received after 6:00 PM Easter Time or on a day other than a banking business day are considered received the next business day. Generally business days are Monday through Friday. Weekends and Federal Reserve Holidays are not business days.

2. **Revocation/Cancellation of Payments** - To revoke or cancel a phone payment call 1.800.766.9133 on the same business day you initiated the Payment. In the event that your payment is returned on 2 occasions for non-sufficient funds within a 180-day period, your ability to make subsequent Pay by Phone payments will be revoked.

3. **Documentation** - Payments will be listed on two separate items on your bank account statement. One item will be described as "Westfield Insurance Prem". The second will be described as "JPMorg Fee". You will not receive a separate statement from us.

4. Pay by phone services may not be available in all states.

5. A maximum transaction limit may apply.

**Make a payment by phone or online** Call JPMorgan Chase PayConnexion's automated toll-free telephone number, 1.800.766.9133, to debit your credit card or bank account over the phone. A $5.95 convenience fee is collected by JPMorgan Chase PayConnexion for processing each transaction. Or, go to www.westfieldinsurance.com to pay online.

**PC banking** See your financial institution or on-line bill payment service for details.

**Mail** Mail your payment to the remittance address listed on your bill.

For additional information, contact Billing Customer Care Monday through Friday, 7 a.m. to 6 p.m. EST at 1.800.552.9134. You can also e-mail us at WIC@westfieldgrp.com.




**WESTFIELD INSURANCE**
Sharing Knowledge. Building Trust.®

One Park Circle • Westfield Center, Ohio 44251
www.westfieldinsurance.com • 1.800.243.0210

BIG000192