# Exhibit PP

# Mayo Media

940 Grape Lane
St. Johns, FL. 32259
USA



| | | | |
|---|---|---|---|
| BIG Voices Media, LLC | Invoice # | 1885 | |
| | Due Date | 1/4/12 | PAID 1-6-12 Ck # 10181 |
| ATTN: | Start Date | 12/21/11 | |
| 8493 Baymeadows Road, Suite 9 Jacksonville, FL. 32256 | End Date | 12/21/11 | |

| Date | Charge | Duration | Rate | Description | Amount |
|---|---|---|---|---|---|
| 12/21/11 | Design | 00:45 | $65.00 | Cert./BC file setup | $48.75 |
| | | | | Hours: | 00:45 |
| | | | | Timed Total: | $48.75 |

| Date | Charge | Cost | Quantity | Description | Amount |
|---|---|---|---|---|---|
| 12/21/11 | Outside Printing | $58.00 | 1 | Printing: 15 certificates/Member cards gloss cover | $58.00 |
| | | | | Fixed Total: | $58.00 |

| | |
|---|---|
| | $106.75 |
| | $106.75 |



BIG000228

# Mayo Media

940 Grape Lane
St. Johns, FL. 32259
USA



| | | | | | |
|---|---|---|---|---|---|
| BIG Voices Media, LLC | | Invoice # | 1875 | | |
| | | Due Date | 1/4/12 | | |
| ATTN: | | Start Date | 12/21/11 | | |
| 8493 Baymeadows Road, Suite 9 Jacksonville, FL. 32256 | | End Date | 12/21/11 | | |

PAID
1-6-12
CK # 10181

| Date | Charge | Duration | Rate | Description | Amount |
|---|---|---|---|---|---|
| 12/8/11 | Design | 01:24 | $75.00 | B!G Voices Media Certificate design | $105.00 |
| 12/21/11 | Design | 01:00 | $75.00 | B!G Voices Member card design | $75.00 |
| 12/21/11 | Design | 01:08 | $75.00 | B!G Voices LH design | $85.00 |
| | | | | Hours: | 03:32 |
| | | | | Timed Total: | $265.00 |
| | | | | | $265.00 |
| | | | | | $265.00 |

BIG000229

Cheryl Mayo <cheryl@mayomedia.com>
Invoice for email template
January 20, 2012 2:31 PM

Good afternoon Gayla, Lynne, here you go.

thanks!

Cheryl Mayo

Mayo Media
940 Grape Lane
St. Johns, FL 32259
904-230-8542 O
904-230-8542 F
904-614-6255 C
cheryl@mayomedia.com


PAID
1-27-12
CK # 1030

# Mayo Media

940 Grape Lane
St. Johns, FL. 32259
USA


mayo) media
marketing design web

| | | |
|---|---|---|
| BIG Voices Media, LLC | Invoice # | 1899 |
| | Due Date | 2/3/12 |
| ATTN: | Start Date | 12/29/11 |
| 8493 Baymeadows Road, Suite 9 Jacksonville, FL. 32256 | End Date | 12/29/11 |

| Date | Charge | Duration | Rate | Description | Amount |
|---|---|---|---|---|---|
| 12/29/11 | Design | 03:30 | $75.00 | BIG Voices Email template: design/upload on systems | $262.50 |
| | | | | Hours: | 03:30 |
| | | | | Timed Total: | $262.50 |
| | | | | | $262.50 |
| | | | | | $262.50 |

PAYMENT: Payment for finished work is due upon acceptance, net thirty (30) days. The Client's right to use the work is conditioned upon receipt of payment within thirty days of acceptance. A two percent (2%) monthly service charge will be billed against late payment.

BIG000244