# Exhibit QQ

btucker@bigvoicesmedia.com
FW: Current Invoices
January 26, 2012 9:34 PM

CK # #10321

Gayla: Can you pay these when you go to the office? I signed a couple of checks in case I wasn't there.

Thanks, Billie

-----Original Message-----
From: "Jared Rhodenizer" <jaredrhodenizer@gmail.com>
Sent: Thursday, January 26, 2012 9:25pm
To: btucker@bigvoicesmedia.com
Subject: Current Invoices

Hey Billie,

I am attaching a few of the open invoices I have right now. Lynne has scheduled me to be there Tuesday and I would really like to pick up a check for these then if that is at all possible? All videos in these invoices will be delivered to you on Tuesday.

Also, Ken (I think) had mentioned that Patty had dropped off some of the videos off of her phone from Iowa. I believe he said she gave them to Lynne? I want to get those on Tuesday as well so I can wrap up this Iowa highlight video.

The shoot with Newt today went well. Good video and great audio for all of it. I will have that project done early next week as well. I hope you have a good weekend.

Jared Rhodenizer
jaredrhodenizer@gmail.com
386.249.4480



200 Meadow St SE
Live Oak, FL 32064
386-249-4480
fax: 386-628-0199
jaredrhodenizer@gmail.com

106
January 10, 2012

    Big Voices Media
    Billie Tucker
    Jacksonville, FL

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | Tallahassee Shoot - 1 Speech & 3 interviews | $ 300.00 | $ 300.00 |

SUBTOTAL $ 300.00

TOTAL $ 300.00

| DATE | AMOUNT PAID | PAYMENT TYPE | REMAINING TOTAL |
|---|---|---|---|

BIG000250

Payment Methods: Check, Cash, or PayPal
THANK YOU FOR YOUR BUSINESS!



200 Meadow St SE
Live Oak, FL 32064
386-249-4480
fax: 386-628-0199
jaredrhodenizer@gmail.com

107
January 13, 2012

    Big Voices Media
    Billie Tucker
    Jacksonville, FL

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | Braudcast Episode in Studio | $ 150.00 | $ 150.00 |

SUBTOTAL $ 150.00

TOTAL $ **150.00**

| DATE | AMOUNT PAID | PAYMENT TYPE | REMAINING TOTAL |
|---|---|---|---|

Payment Methods: Check, Cash, or PayPal
THANK YOU FOR YOUR BUSINESS!

BIG000251



200 Meadow St SE                                       108
Live Oak, FL 32064                                     January 20, 2012
386-249-4480
fax: 386-628-0199
jaredrhodenizer@gmail.com

    Big Voices Media
    Billie Tucker
    Jacksonville, FL

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | Braudcast Episode & First Coast Interview | $ 200.00 | $ 200.00 |

                        SUBTOTAL $ 200.00

                        TOTAL $ **200.00**

| DATE | AMOUNT PAID | PAYMENT TYPE | REMAINING TOTAL |
|---|---|---|---|

Payment Methods: Check, Cash, or PayPal
**THANK YOU FOR YOUR BUSINESS!**

BIG000252



200 Meadow St SE  
Live Oak, FL 32064  
386-249-4480  
fax: 386-628-0199  
jaredrhodenizer@gmail.com  

109  
January 24, 2012

Big Voices Media  
Billie Tucker  
Jacksonville, FL

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.00 | Edit Sheriff Joe Video | $ 100.00 | $ 100.00 |

SUBTOTAL $ 100.00

TOTAL $ 100.00

| DATE | AMOUNT PAID | PAYMENT TYPE | REMAINING TOTAL |
|---|---|---|---|

Payment Methods: Check, Cash, or PayPal  
THANK YOU FOR YOUR BUSINESS!

BIG000253