# Exhibit OO

Billing for setting up Tri-Caster for BVM studio on December 3rd, 2011.

Steve Permuy
2A 10th Street
St. Augustine Beach, Florida 32080
(904) 377-5478

*December 2011*

---

**Big Voices Media, LLC**
8493 Baymeadows Way
Suite 9
Jacksonville, FL 32256

1090
63-751/631

DATE 12-2-11

PAY TO THE ORDER OF  Steve Permuy   $200.00

Two hundred + 00/100 — DOLLARS

Wells Fargo Bank, N.A. Florida

FOR _____