# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| BIG VOICES MEDIA, LLC ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> TED WENDLER, LUCILLE COBERLY, ) <br> PATRICIA DEFAZIO, STEVE DEFAZIO, ) <br> JAMES H. POST and JACQUELIN POST, ) <br> ) <br> Defendants ) <br> TED WENDLER, LUCILLE COBERLY, ) <br> PATRICIA DEFAZIO, STEVE DEFAZIO, ) <br> JAMES H. POST and JACQUELIN POST, ) <br> ) <br> Counter-Plaintiffs ) <br> ) <br> v. ) <br> ) <br> BIG VOICES MEDIA, LLC and ) <br> BILLIE TUCKER, ) <br> ) <br> Counter-Defendants ) | Civil No. 3:12-cv-242-J-34JBT |

## JOINT REPORT ON STATUS OF RELATED STATE COURT PROCEEDINGS

Pursuant to this Court's May 20, 2013 Order (Doc. #99), the parties submit the following joint report on the status of any related state court proceedings.

**A.   BIG VOICES MEDIA AND BILLIE TUCKER'S STATEMENT**

1.   Plaintiff/Counter-Defendant Big Voices Media, LLC ("BVM") and Counter-Defendant Billie Tucker do not intend to pursue their claims in this case in state court.  BVM and Tucker are prepared to go to mediation immediately in an attempt to resolve the issue of whether sanctions under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(c)(1), are appropriate.  Further, BVM and Tucker will not stipulate to the dismissal of actions pending in this Court.

**B.      DEFENDANTS/COUNTER-PLAINTIFFS' STATEMENT**

2.      The Defendants/Counter-Plaintiffs Ted Wendler, Lucille Coberly, Patricia DeFazio, Steve DeFazio, James H. Post, and Jacquelin Post (the "Defendants") do not intend to initiate an action in state court to pursue the claims they have raised in this case. The Defendants reserve their right, however, to pursue such claims in any litigation commenced in the future by BVM, Tucker or related parties.

Rather than wasting the resources of this Court and the parties on another mediation and continued litigation regarding sanctions, the Defendants are willing to stipulate to the dismissal of actions pending in this Court, without prejudice, if the Plaintiff/Counter-Defendants do the same.

Dated:  August 15, 2013

| HINCKLEY, ALLEN & SNYDER LLP | SMITH HULSEY & BUSEY |
|---|---|
| By     /s/ *Robert M. Fojo*             Robert M. Fojo, Esq. (*pro hac vice*) | By     /s/ *James H. Post*             James H. Post, Esq. |
| 11 South Main Street, Suite 400<br>Concord, NH 03301<br>Phone: (603) 225-4334<br>Fax: (603) 545-6175<br>rfojo@hinckleyallen.com | Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>(904) 359-7783 (direct)<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Attorneys for the Plaintiff/Counter-Defendants | and |
| | COOPER, RIDGE & SAFI, P.A. |
| | By     /s/ *George E. Ridge*             George E. Ridge |
| | Baywater Square Building<br>136 E. Bay Street, Suite 301<br>Jacksonville, FL 32202<br>Phone: (904) 353-6555<br>Fax: (904) 353-7550<br>gridge@attorneyjax.com |
| | Attorneys for the Defendants/Counter-Plaintiffs |

**CERTIFICATE OF SERVICE**

      I certify I caused a copy of the foregoing to be served via the Court's Electronic Case Filing system on all counsel of record.

                                                  /s/ *Robert M. Fojo*
                                                  Robert M. Fojo

#51973706