UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BIG VOICES MEDIA, LLC, a Florida Limited Liability Company, )<br><br>　　Plaintiff, )<br><br>v. )<br><br>TED WENDLER, LUCILLE COBERLY, PATRICIA DEFAZIO, STEVE DEFAZIO, JAMES H. POST, and JACQUELIN POST, )<br><br>　　Defendants. ) | Case No. 3:12-cv-00242-UAMH-JBT |

TED WENDLER, LUCILLE COBERLY,　)
PATRICIA DEFAZIO, STEVE
DEFAZIO, JAMES H. POST, and　　　)
JACQUELIN POST,
　　　　　　　　　　　　　　　　　　)
　　Counter-Plaintiffs,
　　　　　　　　　　　　　　　　　　)
v.
　　　　　　　　　　　　　　　　　　)
BIG VOICES MEDIA, LLC and
BILLIE TUCKER,　　　　　　　　　　)

　　Counter-Defendants.　　　　　　　)

　　　　　　　　　　　　　　　　　　)

**APPENDIX TO DEFENDANTS' RESPONSE IN OPPOSITION TO BIG
VOICES MEDIA, LLC'S AND BILLIE TUCKER'S SANCTIONS BRIEF**

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **COOPER, RIDGE & SAFI, P.A.** |
| 225 Water Street | Baywater Square Building |
| Suite 1800 | 136 E. Bay Street, Suite 301 |
| Jacksonville, Florida  32202 | Jacksonville, Florida 32202 |
| (904) 359-7700 | (904) 353-6555 |
| (904) 359-7708 (facsimile) | (904) 353-7550 (facsimile) |
| Co-Counsel for the Defendants | Co-Counsel for the Defendants |

**Index to Appendix to Defendants' Response in Opposition to
Big Voices Media, LLC's and Billie Tucker's Sanctions Brief**

| Date | Document | Tab No. |
|---|---|---|
| | Affidavit of James H. Post | 1 |
| | Affidavit of Jacquelin A. Post | 2 |
| | Affidavit of Steve Defazio | 3 |
| | Affidavit of Patricia Defazio | 4 |
| | Affidavit of Ted Wendler | 5 |
| | Affidavit of Lucille Coberly | 6 |
| | Chart comparing BVM's characterizations of the counterclaim allegations with the actual counterclaim allegations | 7 |
| | Verified Statement of facts provided by Defendants to their counsel prior to the filing of the counterclaim against BVM and Billie Tucker | 8 |

**Documents produced by BVM and Billie Tucker providing evidentiary support for the allegations that, prior to the time that the Posts invested in BVM, Tucker failed to disclose that (1) she had retained Fabretti as an advisor and (2) that Fabretti already had a material role in the structure and operations of the company**

**and**

**Support for the allegation that Fabretti continued to have a material role in the company before, during and after the defendants made their investments**

| Date | Document | Tab No. |
|---|---|---|
| 11/1/12 | BVM Privilege Log regarding communications with Clyde Fabretti beginning on 7/26/11 | 9 |
| 8/2/11 | Email from Billie Tucker re: Fabretti's duties at BVM | 10 |
| 8/9/11 | Email from Billie Tucker re: Fabretti's BVM activities | 11 |
| 10/24/11 | Invoice of $2,500 from Clyde Fabretti to Billie Tucker re: Consulting Services and draft of BVM Business Plan | 12 |

| **Date** | **Document** | **Tab No.** |
|---|---|---|
| 11/1/11 | Email from Clyde Fabretti to Billie Tucker re: first draft of Business Plan | 13 |
| 11/1/11 | Business Plan of BVM – final version given to defendants | 14 |
| 11/21/11 | Email from Clyde Fabretti to Billie Tucker re: transmittal of Consulting Services Agreement with BVM to "reduce to … writing" their existing business relationship | 15 |
| 11/22/11 | Executed Consulting Services Agreement between BVM and Bell Consulting Group, LLC (Fabretti) | 16 |
| 12/19/11 | Invoice of $5,000.00 from Bell Consulting to BVM for Consulting Services | 17 |
| 12/6/11 | Email from Billie Tucker to Ted Wendler and Clyde Fabretti re: scheduling meeting to discuss finalizing Operating Agreement and other financial issues | 18 |
| 12/26/11 – 12/27/11 | Emails between Billie Tucker and Clyde Fabretti re: "Damn – you have got a lot of balls!" | 19 |
| 12/27/11 – 12/28/11 | Emails between Clyde Fabretti and Billie Tucker re: discussion of "strategy to deal with" the document distributed to the DeFazios in October, 2011 containing representations about "the member equity configuration" | 20 |
| 12/28/11 | Emails between Billie Tucker and Clyde Fabretti re: strategy for dealing with the objections raised by the Investors/defendants as to the changes in "the equity deal" resulting from Tucker's sale of a Founding Member unit to Trevisani | 21 |
| 1/20/12 | Email from Clyde Fabretti to Lynne Holicky and Billie Tucker re: William Korach's request for information and Fabretti's request to a BVM employee to "put him off for me … in your sweet crafty ways" | 22 |

4

| **Date** | **Document** | **Tab No.** |
|---|---|---|

**Documents produced by BVM and Billie Tucker providing evidentiary support for the allegations that, at the time Tucker took monies from the Investors, she had no intention to limit the $25,000 Founding Member investment level to 9 seats**

**and**

**Support for the allegations that, at the time Tucker took monies from the Investors, Billie Tucker had no intention to deliver an operating agreement consistent with the November 1, 2011 Business Plan.**

| Date | Document | Tab No. |
|---|---|---|
| 11/19/11 | Email from Billie Tucker to Patricia DeFazio, Ted Wendler and others re: adjusting the number of $25,000 investment units from 6 to 9 | 23 |
| 11/21/11 | Emails between Billie Tucker, Ted Wendler, Patricia DeFazio, and others re: Ted Wendler and Lucille Coberly's $25,000 equity investment in BVM | 24 |
| 11/29/11 | Fabretti's revised version of the 11/1/11 Business Plan of BVM re: Founding Member units changed from 9 to 14 (excerpts) | 25 |
| 12/7/11 | Fabretti's Invoice to BVM for $2,000.00 re: Dr. Trevisani transaction (sale of Founder Member unit to Trevisani for $25,000) | 26 |
| 12/21/11 | Letter to Billie Tucker transmitting BVM Operating Agreement executed by Thomas P. Trevisani, Sr., M.D. and Billie Tucker | 27 |
| 1/11/12 | Email from Jackie Post to Billie Tucker re: inquiry regarding status of operating agreement and other paperwork from BVM | 28 |
| 1/12/12 | Email from Ted Wendler to Ron DeSanti requesting "latest version" of the operating agreement | 29 |
| 1/12/12 | Email from Ron DeSantis to Ted Wendler transmitting an operating agreement which was not the "latest version" | 30 |

| **Date** | **Document** | **Tab No.** |
|---|---|---|

**Documents produced by BVM and Billie Tucker providing evidentiary support for the allegation, at the time she took monies from the DeFazios (11/17/2011), Wendler and Coberly (11/21/2011) and/or the Posts (11/28/2011), that Tucker knew, or should have known that, Big Voices would not launch its live operations on December 1, 2011.**

| Date | Document | Tab No. |
|---|---|---|
| 11/28/11 | Emails between Billie Tucker and Clyde Fabretti re: termination of BVM's Media Producer who was previously represented by Tucker to be "in the critical position" of producing "original programming for Big Voices" | 31 |
| 11/28/11 | Email from Billie Tucker to Equity Investors re: welcoming the Posts as "Founding Members" and promising a draft Operating Agreement "this week" | 32 |
| 12/1/11 | Email from BVM employee to Tea Party group re: launch of website today has been postponed for "good reasons" | 33 |

**Documents produced by BVM and Billie Tucker providing evidentiary support for the allegations that misrepresentations and omissions of BVM and Tucker were made for the purpose of enriching themselves at the expense of the Investors.**

| Date | Document | Tab No. |
|---|---|---|
| 1/17/12 – 1/18/12 | Email from Billie Tucker to BVM Investors Gayla and Mike Reed re: the attorney for BVM, Ron DeSantis, has opined that, "if any of the Founding Members do not agree to sign the proposed BVM Operating Agreement," then BVM will "probably have to refund their investment." | 34 |
| 11/28/11 | Email from Billie Tucker to BMC attorney, Ron DeSantis. re: requesting confirmation of Tucker's ability under the proposed Operating Agreement to set her own compensation as BVM Managing Partner | 35 |
| 11/28/11 | Email from Ron DeSantis to Billie Tucker re: confirming Tucker's compensation concerns | 36 |
| 1/31/12 | BVM Operating Account Register from July 14, 2011 through January 31, 2012 | 37 |

00872305.2