# Appx. 1:

**From:** billie@ceoservicebureau.com [billie@ceoservicebureau.com]
**Sent:** Tuesday, December 06, 2011 12:25 PM
**To:** Ted Wendler CPA; Clyde Fabretti; Gayla Reed
**Subject:** Tying up loose ends

Ted: Clyde will be in Jacksonville tomorrow helping me with the marketing strategy. Can we get together with him (maybe around 1:00) so we can discuss finalizing the Operating Agreement and any other loose ends pertaining to financials?

Gayla will also be in so that would be a good time for all of us to talk.

Let me know if that works,

Billie

WENDLER 00829