# Appx. 19

| | |
|---|---|
| From: | Clyde Fabretti <cpf1948@mail.com> |
| To: | billie@ceoservicebureau.com <billie@ceoservicebureau.com> |
| Sent: | 12/27/2011 6:22:08 AM |
| Subject: | Re: FW: Dr. Rich Show Weekly Update Dec. 26-30, New shows in 2012: Free Speech Fridays Premiering Jan. 6th and a two hour Saluting our Military special on Jan. 10, 2012 |

I am a ballsie kinda guy..

Are feeling a little better about things today, than yesterday? I hope so...

Billie, it is my honor to be your friend and your consultant... I don't really think that we had any choice in the matter. I believe that we are friends and working together because that is just the way it was intended to be by a power much greater than either of us.

Best,

Clyde

�
----- Original Message -----
From: billie@ceoservicebureau.com
Sent: 12/27/11 05:57 AM
To: Clyde Fabretti
Subject: Re: FW: Dr. Rich Show Weekly Update Dec. 26-30, New shows in 2012: Free Speech Fridays Premiering Jan. 6th and a two hour Saluting our Military special on Jan. 10, 2012

Damn - you have a lot of balls!

Good morning dear Clyde. Thank you for being my friend and my consultant.

I'm working on a communication piece to the investors. Will send to you before I send to them.

Billie

-----Original Message-----
From: "Clyde Fabretti" <cpf1948@mail.com>
Sent: Tuesday, December 27, 2011 5:54am
To: billie@ceoservicebureau.com, btucker@bigvoicesmedia.com
Subject: Re: FW: Dr. Rich Show Weekly Update Dec. 26-30, New shows in 2012: Free Speech Fridays Premiering Jan. 6th and a two hour Saluting our Military special on Jan. 10, 2012
�

Good Morning...

Remember I told you that I had a long and great conversation with him just before Christmas... I told him that we were working on the radio network agreements...   remember I told you that I wanted to incorporate a "technical set up fee" for all of these people wanting channels...etc... He's waiting on me to send him some paperwork...balls in my court...

----- Original Message -----
From: billie@ceoservicebureau.com
Sent: 12/26/11 09:37 PM
To: Clyde Fabretti
Subject: FW: Dr. Rich Show Weekly Update Dec. 26-30, New shows in 2012: Free Speech Fridays Premiering Jan. 6th and a two hour Saluting our Military special on Jan. 10, 2012

Clyde: Did we ever talk about this guy?
�
-----Original Message-----
From: "Dr. Rich Show" <drswier@gmail.com>
Sent: Sunday, December 25, 2011 8:19am
To: billie@ceoservicebureau.com

BIG002881