# Appx. 42

**From:** Clyde Fabretti <cpf1948@mail.com>
**To:** btucker@bigvoicesmedia.com <btucker@bigvoicesmedia.com>
**Sent:** 12/28/2011 7:14:27 AM
**Subject:** Re: original document handed out at event

Now that I see what is at issue, we can discuss our strategy to deal with this...

We will be fine...

�

----- Original Message -----
From: btucker@bigvoicesmedia.com
Sent: 12/27/11 09:21 PM
To: Clyde Fabretti
Subject: Re: original document handed out at event

In October when we unveiled it to the First Coast Tea Party -- the numbers were in the original Operating Agreement that Ron set up. It was not handed out to many that night. Patty and Steve came forward that evening.

-----Original Message-----
From: "Clyde Fabretti" <cpf1948@mail.com>
Sent: Tuesday, December 27, 2011 6:41pm
To: btucker@bigvoicesmedia.com
Subject: Re: original document handed out at event
�

What was the date of the meeting in which this handout was distributed?

I never saw this document or the Member equity configuration that it offers...

----- Original Message -----
From: btucker@bigvoicesmedia.com
Sent: 12/27/11 04:02 PM
To: Clyde Fabretti
Subject: original document handed out at event

�

�