# Appx. 21

| | |
|---|---|
| From: | Clyde Fabretti <cpf1948@mail.com> |
| To: | btucker@bigvoicesmedia.com <btucker@bigvoicesmedia.com> |
| Sent: | 12/28/2011 11:49:05 AM |
| Subject: | Re: FW: Re: PRIVATE & CONFIDENTIAL: Follow-up |

Your assessment is accurate... you read right.

Keep in mind, I am always going to be a threat to the weak sisters in this deal...

Involvement by someone like me in the mix just gets in the way of the obvious desire of Minority Holders to have influence (self serving or otherwise) over your decision making as the Majority Holder...

Without me, those that would like to influence you with their viewpoints would have a linear path to that objective, unfiltered by my observations and counsel. Unfortunately, for them... that is not the case. And, there is no questions that my loyalty is singularly to you and you alone as the Majority Stake Holder. Its what guys like me do...

Keep in mind, these people really cannot come to the role of advisers to you with pure intentions, because they are by their personal financial involvement, always going to be at cross purposes with their priorities versus your priorities regarding what is good for you as the Majority Stake Holder and what is good to them as Minority Stake Holders. The good news is once all the chat is over, you make that call on what you want to do and never have to answer to them... No matter what you decide...

Another thing that I noted is that he is also, under the veil of "counsel" to you, venting the fact that he (and his wife, maybe his wife alone) are unhappy with the final equity deal because it is not what they expected along with some of the others who are whining about it... Unfortunately for any Minority Equity Holder, this happens because the Majority Holder can do this any time they choose and the Minority positions cannot do a damn thing about it...

Regarding his counsel of putting together a "side by side" comparison "document", I would not suggest that you do that.

This entire situation should be discussed verbally and that dialog should sufficient to explain the details of the changes in the deal... Not withstanding any and all discussions or pieces of paper passed around in the past, the Operating Agreement that s being distributed is the final document, with every thing previously discussed becoming irrelevant.

I'll explain why I want to minimize the "paper" involved with this whole thing the next time we speak.

Best,

Clyde



----- Original Message -----
From: btucker@bigvoicesmedia.com
Sent: 12/28/11 09:40 AM
To: Clyde Fabretti
Subject: FW: Re: PRIVATE & CONFIDENTIAL: Follow-up

I read in here (between the lines) -- he is not too happy with me having a financial advisor -- other than them.

Your thoughts

-----Original Message-----
From: "DeFazio Steven" <s.defazio@comcast.net>
Sent: Wednesday, December 28, 2011 9:26am
To: btucker@bigvoicesmedia.com
Subject: Re: PRIVATE & CONFIDENTIAL: Follow-up

Billie,
I had a good conversation with Clyde yesterday afternoon. Seems like a great guy and he truly has your financial interest at heart.
 hat said however, I know you trade heavily on your reputation and clearly there are many that are willing to follow your lead on that basis alone... as reflected in the willingness of your advisor group to extend a fair amount of money in support of your new business venture - "BIG". While I recognize there is a need to protect the stability of the business, as well as your financial interest, I believe it is not your intent to do so at the risk of alienating those that have expressed their confidence in your

reputation and ability to make this vision / mission real.

Thus, my recommendation to walk your advisors thru the changes made in the new agreement so they can fully understand the rationale behind the dilution of their investment (equity stake). This will need to be explained in such way as to mitigate any feeling of their faith in you and subsequent willingness to break out their checkbook ahead of there being formal contract has not been betrayed. Further, as in most start-ups, whether it happens now or later when this thing takes off it typically gets ugly without alignment early on.

My simple interpretation of how I anticipate the new contract may be perceived:
- The advisor group had been given doc's that explain their equity position as 100 common shares + 100 preferred whereas the new contract only offers 100 common

Once the 100 vs 200 concern is reconciled the following observations will like require discussion as well:
- The creation of additional $25K level investor chairs was done via redefining the individual equity position of the initial Advisor group => initial 5% equity stake now 3.3%
- The creation of an extended community of investors at the $10K level => initial 5% equity stake now 2.5%
- A perception that the investor equity is being diluted to extend shares in lieu of payment for operating expenses incurred by the business
- Questions concerning a situation where all equity positions created via the dilution of your initial investors equity are not "sold"... to what extent will this be applied to restore the original position of your initial investors vs accrue to the business side of the ledger?

As we spoke of the other day, much of this is easy to explain... especially under the simple assumption that the additional capital is required to sustain the venture until such a time that revenue can be generated at sufficient levels. It becomes more delicate when dealing with the last of the points above... more so, due to the personal relationship you have with most of the initial investor team; hence, my recommendation for full transparency as to avoid what otherwise could be misinterpreted.

If you have not done so, it may be worth your compiling a side by side comparison of a before and after view to understand how your higher dollar investor community may perceive they are being impacted... it will help you to prepare for the various questions / concerns I suspect are likely to come your way.

Steven DeFazio
s.defazio@comcast.net
+1.904.616.6655

On Dec 26, 11, at 12:26 PM, btucker@bigvoicesmedia.com wrote:

Steven: I will call you later when there are less people in the house. The doctor called in something for mother so she can swallow easier. My nephew and his wife and two kids rolled in about an hour ago from NC.

I will NOT send the OP Ag until you and I speak. What is a good number to call you on?

Thank you for your prayers and understanding,

Billie

-----Original Message-----
From: "DeFazio Steven" <s.defazio@comcast.net>
Sent: Monday, December 26, 2011 10:00am
To: "Tucker Billie" <btucker@bigvoicesmedia.com>
Subject: PRIVATE & CONFIDENTIAL: Follow-up

Billie,
I am so sorry to hear of your mother-in-law's situation. I know that, when facing situations such as this it's hard to look beyond the heartbreak and pain... but, you know in your heart, that God's hand is on this situation and in the end our comfort comes in our faith in Him and the knowledge that he has a plan for each of us that extends well beyond our life in this world.
- *We are all praying for her and your family* -
I wanted to take the opportunity to reach out on a personal level and clarify the bottom-line on my concerns... as they were blurred by the list of specific points raised in Ted's note.
◆
Please don't interpret my note yesterday in any way other than my offering support and/or willingness to help... to the extent that I can. My suggestion to get the advisor group together was raised simply based on what I understand to be the forth coming changes in the agreement structure. At face value, without the benefit of personal explanation, there is a risk of alienating some members of your advisor/investor community.
◆
*AFTER YOU TAKE CARE OF YOUR FAMILY SITUATION*... but, hopefully before you issue the new agreements I would welcome the opportunity to discuss my observations/concerns with you.

Steve DeFazio
s.defazio@comcast.net
+1.904.616.6655

BIG000502