# Appx. 44

**From:** Clyde Fabretti <cpf1948@mail.com>
**To:** Lynne Holicky <lholicky@msn.com>;billie tucker <btucker@bigvoicesmedia.com>
**Sent:** 1/20/2012 11:51:09 AM
**Subject:** Re: Fwd: Boradcaster Agreement

Thanks for the heads up Lynn... You know what is going on and what we have been doing as to why I have not gotten back to him...

Can you please put him off for me...use your sweet crafty ways to explain that we have been traveling, etc., etc., what ever you can tell him so that we can get our act together before I speak to him...

Best,

Clyde

----- Original Message -----
From: Lynne Holicky
Sent: 01/20/12 11:28 AM
To: Clyde Fabretti, billie tucker
Subject: Fwd: Boradcaster Agreement

FYI...

Begin forwarded message:

**From:** William Korach <wmkorach@gmail.com>
**Subject: Re: Boradcaster Agreement**
**Date:** January 20, 2012 10:21:30 AM EST
**To:** Lynne Holicky <lholicky@msn.com>

Lynne;

I have not yet heard from Clyde Fabretti, and it's been 10 days. Since all of the team have these broadcaster agreements, I would think that the advertising clause is pretty fundamental to BVM business model and should be a high priority. How can I develop any financials around my show without an advertising clause? Sorry to be a pain, Lynne, but this needs to be settled.

William Korach
Publisher
The Report Card
www.thereportcard.org




On Jan 11, 2012, at 3:17 PM, Lynne Holicky wrote:

# Bill,

Just to clarify, Clyde Fabretti is assisting us with Broadcast Agreements and other contractual obligations. He will be the one to discuss this with you.

Thanks Bill. I am sure you will hear from Clyde soon but he is working on a major project for this weekend so hang tight if you don't hear

BIG001256

from him.

Lynne

On Jan 11, 2012, at 2:18 PM, Lynne Holicky wrote:

Hey Bill,

I have passed your questions on to those who have the answers... :-) I'll let you know as soon as I hear back.

Are you ready for your trip to DC?

On Jan 11, 2012, at 2:07 PM, William Korach wrote:

Hi Lynne;

Hope all is going well with BVM. I have looked over the agreement and have 2 questions:

1. You, Thomas and Daniel said that broadcaster could solicit and retain advertising revenue. The kinds of revenue that come to mind are Google paid web ads, and commercials that would air during the show (spots). Would you please confirm that is the case, as I do not see it in the agreement.

2. The agreement seems to be for those with their own channel as opposed to shows on the BVM channel like The Report Card. Does the agreement cover both separate channel and shows under BVM channel?

Bill
William Korach
Publisher
The Report Card
www.thereportcard.org