# Appx. 24

**From:** billie@ceoservicebureau.com [billie@ceoservicebureau.com]
**Sent:** Monday, November 21, 2011 10:07 AM
**To:** asanfilippo@teamjas.com; Connie Turner; Gayla Reed; Patricia DeFazio; mikereed@carrolltile.com
**Subject:** FW: RE: $25,000 investment

I am more than humbled by all of you who have faith and believe in what BIG can do. See the message from Ted and Lou below. Ted is also handling our financials as BIG's CPA. God bless all of you.

Billie

-----Original Message-----
From: "Ted Wendler CPA" <twendler@comcast.net>
Sent: Monday, November 21, 2011 9:20am
To: billie@ceoservicebureau.com
Subject: RE: $25,000 investment

We will add $15,000 to our investment and become Founding Patriots.
Ted & Lu


**From:** billie@ceoservicebureau.com [mailto:billie@ceoservicebureau.com]
**Sent:** 11/19/2011 10:35 AM
**To:** Patricia DeFazio; asanfilippo@teamjas.com; Gayla Reed; mikereed@carrolltile.com; hankmadden@yahoo.com; Connie Turner
**Cc:** Ted Wendler CPA; ronald.desantis@hklaw.com
**Subject:** $25,000 investment


Hi all: When we lost the ability to go to the grassroots for the $250 grassroots investment, we had to change the dividing of the units. It also eliminated a ton of investment opportunity for us.
We looked at adding additional seats to the Founding Patriots Investment Units to 9 from 6. That would have helped to bring in additional monies.
That would also mean we would have additional faces on our Board.
Andy came in one day and handed an additional check of $25,000 when he saw the grassroots investment go away. We used that additional $25,000 to bring in our first group of BIG leaders (this week) and to purchase additional equipment.
Then I had to figure out how to deal with the additional $25,000 in the investor agreement.
Steve DeFazio and Andy had a discussion at the training session Thursday and asked me why we could not just open up the additional investment opportunity to the Founding Patriots instead of going out and getting more faces at the table.
That would fix the situation with the additional $25,000 that Andy put in to help us get going.
Patricia DeFazio came in yesterday and brought an additional $25,000 from them to help with the purchase of the Tri-caster so we can start producing the daily news.
I will be working with Ted Wendler (CPA) and Ron DeSantis (Attorney) to fix the Op Agreement to show these additional investments.
I want to offer the same opportunity to the original investors and know that some of you may not be able to do that. That is fine too but wanted to give you the opportunity first.
I would prefer to keep our board to the original 6 seats AND look at others who want to give more who will not be on the Board.
The Posts will be by Tuesday to see the studio and bring their $25,000 check. Jim and Jackie Post are wonderful patriots and will be helpful on our board. He is the election attorney I mentioned and Jackie is well connected with one major conservative organizations in America.

DEFAZIO 00109

We are still working on another event on 12/1 and hope to get a big name here for that - Rick Perry? Cain will not be back until January and we will host him then. We can't get him here until that time.
Any other big names you can think of would be great to set aside 12/1 as another big push for BIG.
The event last week was phenomenal and the group is ready to go.
We have a lot of work to finish up this week on the website and back end support. I also need to resolve the $250 checks that are sitting in our inbox from those who thought they were getting units. I am planning a BIG Club to offer them special incentives, etc.
I am exhausted today and plan to take the rest of the day off from thinking too much about BIG. I have to reclaim some rest and clean my house! I will be back in full swing Monday.
We have a short week BUT we will get a lot done. We are a new company so trying to also figure out what holidays we will celebrate as a company. The norm is to have Friday off after Thanksgiving BUT not sure we will. I may be a mean old boss this week!
Blessings and feel free to call me if you want to discuss this further.
Billie

DEFAZIO 00110