# Appx. 25



handing the microphone back to the people

## BUSINESS PLAN
# Big Voices Media, LLC

November 29, 2011
*Private & Confidential*

8493 Baymeadows Way, Suite # 9
Jacksonville, Florida 32256
(904) 683-8893

DISCLAIMER: This is not an offer to sell securities – Nor a solicitation of an offer to buy securities

WENDLER 00762



# Table Of Contents

Executive Summary..................................................................3

Company Description...............................................................4

Services & Products Description.............................................5

Services & Strategy Implementation......................................8

Market Analysis......................................................................10

Management Structure & Team............................................12

Financial Analysis...................................................................15

Financial Participation In Big Voices Media, LLC..................18

Disclaimer...............................................................................19

DISCLAIMER: This is not an offer to sell securities – Nor a solicitation of an offer to buy securities

WENDLER 00763



# Financial Participation In Big Voices Media, LLC

The opportunity for like-minded individuals to become involved in this project is unique. We have built an organization under the LLC model to ensure we can operate as a for-profit entity to eliminate over-reaching regulations in the non-profit world of politics.

| Category (*) | Unit Amount | Total Units | Benefits |
|---|---|---|---|
| **Founding Member** <br> **14 Available** <br> 100 Class A Common Units per Founding Member <br> Must certify as "accredited" | $25,000 = 100 Class A Common Units | 1,400 Class A Common Units | Seat on Big Voices Media Advisory Board– voting rights <br> 1 Lifetime Membership <br> 7 Annual Memberships to give away–year one <br> 1 hour video/studio rental per month – $100 hour editing charge |
| **Patriot Member** <br> 21 Available <br> 40 Series A Preferred Units per Patriot Member <br> Must certify as "sophisticated" | $10,000 = 40 Series A Preferred Units | 840 Series A Preferred Units | 1 Lifetime Membership <br> 5 Annual Memberships to give away– year one <br> 1 Sponsorship of a show per month |
| Start Up Capital From These Categories <br> $350,000 – 14 Founding Members (25k) <br> $210,000 – 21 Patriot Members (10k) <br> $560,000 – Total <br> Totals | | 1,400 Class A Common Units & 840 Series A Preferred Units | Managing Member – 1,600 Class A Common Units Representing 55% of all Class A Common Units. <br> Founding Members – Combined Total 1,400 Class A Common Units Representing 45% of all Class A Common Units. |

(*) **Authorized Number of Units.** The total number of Units of all classes which the Company has authority to issue is **3920 Units**, of which **3,000 Units** shall be designated as "Class A Common Units," par value $.01 per Unit, and **920 Units** shall be designated as "Series A Preferred Units," par value $250.00 per Unit.

    (a)    <u>Class A Common Units</u>. 1,600 Class A Common Units have been issued to Managing Member Billie Tucker with 100 Class A Common Units issued to each of fourteen (14) **Founding Members**.

    (b)    <u>Series A Preferred Units</u>. 40 Series A Preferred Units which shall be issued to each of twenty one (21) **Patriot Members**, and twenty (20) Series A Preferred Unites which shall be issued to each of four (4) **Other Members** who make a capital contribution of $5,000 or who, through services rendered, are deemed to be a Member in the Company's Operating Agreement, or by the action of the Majority in Interest. **Other Members** shall also have the further benefit of: One (1) Lifetime Membership; three (3) Annual Memberships to give away, and one (1) Sponsorship of a show six (6) times a year.

18

WENDLER 00779