# Appx. 26



# BELL CONSULTING GROUP, LLC

650 Duff Drive • Winter Garden • Florida • 34787

# INVOICE
PAYABLE ON RECEIPT

DECEMBER 7, 2011
INVOICE #: - 111208-01

**PAID**
12-7-11
Ck # 1091

BIG VOICES MEDIA, LLC
8493 Baymeadows Way, Suite # 9
Jacksonville, Florida 32256
(904) 683-8893

WE APPRECIATE YOUR BUSINESS!

| ITEM | DETAILS | AMOUNT |
|---|---|---|
| 1. | Consulting Services - Dr. Trevisani Transaction | $2,000.00 |
|  |  |  |
|  |  |  |
|  | TOTAL INVOICE AMOUNT | $2,000.00 |

## PAID IN FULL
Thank You For Your Payment!

BIG000205