# Exhibit OO

Billing for setting up Tri-Caster for BVM studio on December 3rd, 2011.

Steve Permuy
2A 10th Street
St. Augustine Beach, Florida 32080
(904) 377-5478

December
2011

| | |
|---|---|
| Big Voices Media, LLC<br>8493 Baymeadows Way<br>Suite 9<br>Jacksonville, FL 32256 | 1090<br>63-751/631 |

DATE 12-2-11

PAY TO THE ORDER OF Steve Permuy    $200.00

Two hundred + 00/100    DOLLARS

Wells Fargo Bank, N.A. Florida

FOR _____

BIG000204